# EXHIBIT A

# Copyright

**Registration Number / Date:**
TXU001826253 / 2012-08-27

**Previous Registration:**
The Complete Moby(tm) Shakespe.
2003-2012, George Mason University.

**Registration Class:**
TX

**Type of Work:**
Text

**Title:**
Shakespeare Translated from poem formation to play formation.

**Application Title:**
Shakespeare Translated from poem formation to play formation.

**Series:**
Winter's Tale Shakespeare Translated
Two Gentlemen of Verona Shakespeare Translated
Twelfth night / What you will Shakespeare Translated
Troilus and Cressida Shakespeare Translated
Titus Andronicus Shakespeare Translated
Timon of Athens Shakespeare Translated
Tempest Shakespeare Translated
Taming of the Shrew Shakespeare Translated
Romeo and Juliet Shakespeare Translated
King Richard the 3rd Shakespeare Translated
King Richard the 2nd Shakespeare Translated
Pericles Prince of Tyre Shakespeare Translated
Othello Shakespeare Translated
Much Ado About Nothing Shakespeare Translated
Midsummer Night's Dream Shakespeare Translated
Merry Wives of Windsor Shakespeare Translated
Merchant of Venice Shakespeare Translated
Measure for Measure Shakespeare Translated
Macbeth Shakespeare Translated
Love's Labour's Lost Shakespeare Translated
King Lear Shakespeare Translated

King John Shakespeare Translated
Julius Caesar Shakespeare Translated
King Henry the 6th part 3 Shakespeare Translated
King Henry the 6th part 2 Shakespeare Translated
King Henry the 6th part 1 Shakespeare Translated
King Henry the 5th Shakespeare Translated
King Henry the 4th part 2 Shakespeare Translated
King Henry the 4th part 1 Shakespeare Translated
Hamlet Shakespeare Translated
Cymbeline Shakespeare Translated
Coriolanus Shakespeare Translated
Comedy of Errors Shakespeare Translated
As You Like It Shakespeare Translated
Antony and Cleopatra Shakespeare Translated
All's Well That Ends Well Shakespeare Translated
King Henry the 8th Shakespeare Translated

**Date of Creation:**
2012

**Latest Transaction Date and Time:**
2012-10-23T04:40:33

**Copyright Claimant:**
Julien Coallier, 1980- . Address: 3522 Yellowhead Highway, Louis Creek, V0E
2E0, Canada.

**Authorship on Application:**
Julien Coallier, pseud. of Julien Coallier, 1980- ; Domicile: Canada;
Citizenship: Canada. Authorship: text, compilation, editing, artwork,
Translation.
William Shakespeare, 1564-1616; Domicile: England; Citizenship: England.
Authorship: text.

**Basis of Claim:**
text, compilation, editing, artwork.

**Rights and Permissions:**
Julien Coallier, 3522 Yellowhead Highway, Louis Creek, V0E2E0, Canada,
(250) 672-5990, coallierjulien@yahoo.ca

**Material Excluded:**
text.

**Record ID:**

25741880

**System Control Number:**
(DLC-CO)TXu001826253

**Originating System Control Number:**
TXu001826253

**Description:**
Electronic file (eService)

**Selection Notes:**

**Publication Date Range:**

**Series:**
Winter's Tale Shakespeare Translated
Two Gentlemen of Verona Shakespeare Translated
Twelfth night / What you will Shakespeare Translated
Troilus and Cressida Shakespeare Translated
Titus Andronicus Shakespeare Translated
Timon of Athens Shakespeare Translated
Tempest Shakespeare Translated
Taming of the Shrew Shakespeare Translated
Romeo and Juliet Shakespeare Translated
King Richard the 3rd Shakespeare Translated
King Richard the 2nd Shakespeare Translated
Pericles Prince of Tyre Shakespeare Translated
Othello Shakespeare Translated
Much Ado About Nothing Shakespeare Translated
Midsummer Night's Dream Shakespeare Translated
Merry Wives of Windsor Shakespeare Translated
Merchant of Venice Shakespeare Translated
Measure for Measure Shakespeare Translated
Macbeth Shakespeare Translated
Love's Labour's Lost Shakespeare Translated
King Lear Shakespeare Translated
King John Shakespeare Translated
Julius Caesar Shakespeare Translated
King Henry the 6th part 3 Shakespeare Translated
King Henry the 6th part 2 Shakespeare Translated
King Henry the 6th part 1 Shakespeare Translated
King Henry the 5th Shakespeare Translated
King Henry the 4th part 2 Shakespeare Translated

King Henry the 4th part 1 Shakespeare Translated
Hamlet Shakespeare Translated
Cymbeline Shakespeare Translated
Coriolanus Shakespeare Translated
Comedy of Errors Shakespeare Translated
As You Like It Shakespeare Translated
Antony and Cleopatra Shakespeare Translated
All's Well That Ends Well Shakespeare Translated
King Henry the 8th Shakespeare Translated

**Names:**
Coallier, Julien 1980-
Shakespeare, William 1564-1616

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/25741880

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# EXHIBIT B

**Notice of Infringement**

Information corresponding to the items requested to evidence infringement of copyright found of the material on YouTube, specified as items required for notice of infringement consistent with requirements of "Safe Harbor" provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512)

Please note of limitation to "Safe Harbor"

"It is important to note that these safe harbors only apply when someone other than the service provider is the direct infringer (i.e., is responsible for the infringement). If the service provider itself is engaging in the infringing activities these safe harbors will not apply."

https://copyrightalliance.org/education/copyright-law-explained/the-digital-millennium-copyright-act-dmca/dmca-safe-harbor/

List of Copyrighted Works being infringed upon:

"All Shakespeare Plays":

A Winter's Tale
All's Well That Ends Well
As You Like It
A Midsummer Night's Dream
Coriolanus
Cymbeline
Hamlet
Julius Caesar
King Henry the 4th Part 1
King Henry the 4th Part 2
King Henry the 5th
King Henry the 6th Part 1
King Henry the 6th Part 2
King Henry the 6th Part 3
King Henry the 8th
King John
King Lear
King Richard the 2nd
King Richard the 3rd
Love's Labour's Lost
Measure for Measure
Othello
Romeo and Juliet
The Life and Death of King John
Timon of Athens
Titus Andronicus
Troilus and Cressida
Twelfth Night
Two Gentlemen of Verona
The Two Noble Kinsmen
The Merchant of Venice
The Merry Wives of Windsor
The Taming of the Shrew
The Tempest
Timon of Athens
Much Ado About Nothing
Mark Antony & Cleopatra
Macbeth

https://www.youtube.com/watch?v=Oq5HKX1vicM&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/playlist?list=PLT6zlV94UtITIScdLQ_8FzJcsUrjZQbH6

https://www.youtube.com/watch?v=6_Y-tYrGBDc&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=1JyIxvHvdtA&list=RDQMRbg1jhMCmEs&start_radio=1

https://www.youtube.com/watch?v=qU2FsgLn6-I&list=PLTe3BtWX_ebcj1MZHYZf67rIRtIeNr8N4

https://www.youtube.com/watch?v=0P-bJjrVOtI&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=DuwgQ9Qof88&list=PLbElZhYv-l6jmaYXBJpYx3UMvBXpPhaWt

https://www.youtube.com/watch?v=pGBQsQoWvA0&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=djOkgHXuT2w&list=PLOuaFNH6WfrH7u010Q57uATPnO--3zpnS

https://www.youtube.com/watch?v=tsPPI_7x1dk&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=IgEshHhnLqU&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=1JyIxvHvdtA&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=4qheHYn3rLY&list=PLT6zlV94UtITIScdLQ_8FzJcsUrjZQbH6

https://www.youtube.com/watch?v=7ZPzNB4D7Ak&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=xwgbqJ8X5SE&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=fPL2ThP2lvs&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=ms5wRzOmqG8&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=OW82AddEgZk&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=RgTsb2GGtjA&pp=ygURc2hha2VzcGVhcmUgcGxheXM

eXM%3D

https://www.youtube.com/watch?v=Y1frdtY2OCs&pp=ygURc2hha2VzGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=7ZPzNB4D7Ak&pp=ygURc2hha2VzGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=J9q7h9b-KWs&pp=ygURc2hha2VzGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=5BLBQIwZ_h4&pp=ygURc2hha2VzGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=g1d8HLzsqHM&pp=ygURc2hha2VzGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=1VMQMEW9aQ0&pp=ygURc2hha2VzGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=djOkgHXuT2w&pp=ygURc2hha2VzGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=DLxY3X8DrQU&pp=ygURc2hha2VzGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=czFoUWwd6mI&pp=ygURc2hha2VzGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=tccWM8wK2Mo&pp=ygURc2hha2VzGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=qfPr71rc9lA&pp=ygURc2hha2VzGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=pGBQsQoWvA0&pp=ygURc2hha2VzGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=r7Js-IV2rGw&pp=ygURc2hha2VzGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=lnLahYbq_7Q&pp=ygURc2hha2VzGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=xcD_wlFgeb0&pp=ygURc2hha2VzGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=oX0cbcrMAdo&pp=ygURc2hha2VzGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=nOB1nUl-a9k&pp=ygURc2hha2VzGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=YWmaY9OqqF8&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=Fl-E4euAdRE&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=bhele9kng8w&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=2Cd6Ia6bihE&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=FaT53k4NDm8&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=1RugT6F17l4&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=6baK-km5gFA&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=4vE0g98y4_s&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=68EHggz5d8Q&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=9kp9craIvoQ&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=AexBKAs94BI&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=wtxO9iimMXc&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=ZH8p1uIdYZ4&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

https://www.youtube.com/watch?v=miayispMAi8&pp=ygURc2hha2VzcGVhcmUgcGxheXM%3D

**Owner of U.S. and Canadian copyright**

Julien Coallier

JulienCoallier1@gmail.com

204 227 9562

50 First Avenue

Flin Flon Manitoba, Canada

R8A 0T8

I have a good faith belief, backed by government copyrights, that the material in the manner complained is not authorized by the copyright owner, its agent, or the law, since 2012, and with title Two Noble Kinsmen as of 2023.

**Register to be evidence**

- **53 (1)** The Register of Copyrights is evidence of the particulars entered in it, and a copy of an entry in the Register is evidence of the particulars of the entry if it is certified by the Commissioner of Patents, the Registrar of Copyrights or an officer, clerk or employee of the Copyright Office as a true copy.

- **Marginal note: Owner of copyright**

  **(2)** A certificate of registration of copyright is evidence that the copyright subsists and that the person registered is the owner of the copyright.

**Copyright Act (R.S.C., 1985, c. C-42)**

The information in the notification is accurate. And I swear under penalty of perjury, that I am, or am authorized to action behalf of, the owner of an exclusive right that is infringed.

*Copyrights on next page, identifying as fact of ownership



Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TXu 1-826-253

**Effective date of registration:**
August 27, 2012

**Title**

Title of Work: Shakespeare Translated from poem formation to play formation

Series Title: Winter's Tale Shakespeare Translated
Two Gentlemen of Verona

Shakespeare Translated
Twelfth night / What you will

Shakespeare Translated
Troilus and Cressida

Shakespeare Translated
Titus Andronicus

Shakespeare Translated
Timon of Athens

Shakespeare Translated
Tempest

Shakespeare Translated
Taming of the Shrew

Shakespeare Translated
Romeo and Juliet

Shakespeare Translated
King Richard the 3rd

Shakespeare Translated
King Richard the 2nd

Shakespeare Translated
Pericles Prince of Tyre

Shakespeare Translated
Othello

Shakespeare Translated
Much Ado About Nothing

Shakespeare Translated
Midsummer Night's Dream

Shakespeare Translated
Merry Wives of Windsor

Shakespeare Translated

Page 1 of 3



yright claimant

Merchant of Venice

Shakespeare Translated
Measure for Measure

Shakespeare Translated
Macbeth

Shakespeare Translated
Love's Labour's Lost

Shakespeare Translated
King Lear

Shakespeare Translated
King John

Shakespeare Translated
Julius Caesar

Shakespeare Translated
King Henry the 6th part 3

Shakespeare Translated
King Henry the 6th part 2

Shakespeare Translated
King Henry the 6th part 1

Shakespeare Translated
King Henry the 5th

Shakespeare Translated
King Henry the 4th part 2

Shakespeare Translated
King Henry the 4th part 1

Shakespeare Translated
Hamlet

Shakespeare Translated
Cymbeline

Shakespeare Translated
Coriolanus

Shakespeare Translated
Comedy of Errors

Shakespeare Translated
As You Like It

Shakespeare Translated
Antony and Cleopatra

Shakespeare Translated
All's Well That Ends Well

Shakespeare Translated
King Henry the 8th

Shakespeare Translated

**Completion/Publication**

Year of Completion:  2012

**Author**



Merchant of Venice

| | | |
|---|---|---|
| Author: | Julien Coallier | |
| Pseudonym: | Julien Coallier | |
| Author Created: | text, compilation, editing, artwork, Translation | |
| Work made for hire: | No | |
| Citizen of: | Canada | Domiciled in: Canada |
| Year Born: | 1980 | |
| Author: | William Shakespeare | |
| Author Created: | text | |
| Citizen of: | England | Domiciled in: England |
| Year Born: | 1564 | Year Died: 1616 |

**Copyright claimant**

Copyright Claimant: Julien Coallier

3522 Yellowhead Highway, Louis Creek, V0E 2E0, Canada

**Limitation of copyright claim**

Material excluded from this claim: text

Previous registration and year: The Complete
Moby(tm)
Shakespe
George Mason    2003-2012
University

New material included in claim: text, compilation, editing, artwork

**Rights and Permissions**

Name: Julien Coallier

Email: coallierjulien@yahoo.ca                    Telephone: 250-672-5990

Address: 3522 Yellowhead Highway

Louis Creek, V0E2E0 Canada

**Certification**

Name: Julien Coallier

Date: August 26, 2012

Applicant's Tracking Number: 281 505 040

Page 3 of 3



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration
26 JANV / JAN 2024

Titre /
Title
WILLIAM SHAKESPEARE PLAYS,
TRANSLATED FROM POEM FORMATION TO
PLAY FORMATION. [SERIES TITLES
INCLUDES ALL PLAYS DECODED IN 2012,
EXCEPT TITLE "THE TWO NOBLE
KINSMEN", WHICH WAS DECODED IN
2023].

## 1209683

Numéro d'enregistrement
Registration number

Catégorie /
Category
LITTÉRAIRE/DRAMATIQUE /
LITERARY/DRAMATIC

Titulaire(s) /
Owner(s)
JULIEN COALLIER
50 FIRST AVENUE
FLIN FLON, MANITOBA
Canada, R8A 0T8

Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.

This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.

Auteur(s) /
Author(s)
WILLIAM SHAKEPSEARE
DEATH OF AUTHOR : 1616

Première publication /
First publication
26 AOÛT / AUG  2012

Lieu de première publication /
Place of first publication
LOUIS CREEK, BRITISH COLUMBIA,
CANADA

Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents

### Canada

# **EXHIBIT C**

Gmail - Re: [RYSRBHNBEATP4VSKT5O4PTWLWQ] New Copyrigh...          https://mail.google.com/mail/u/1/?ik=2b6c254d3a&view=pt&search=a...

 Gmail

John Underwood <jsulosal@gmail.com>

## Re: [RYSRBHNBEATP4VSKT5O4PTWLWQ] New Copyright Counter Notification

**John Underwood** <jsulosal@gmail.com>                                    Mon, Mar 11, 2024 at 8:46 AM
To: YouTube Copyright <youtube-disputes+0v2zf2bkI0qvb0h@google.com>

Can you provide further and more specific references to the exact copyright infringement claimed?

Please provide additional and specific information about the presumed copyright infringement at your earliest convenience.

Regards,

**John Underwood**
562.619.3222

On Mon, Mar 11, 2024 at 4:42 AM YouTube Copyright <youtube-disputes+0v2zf2bkI0qvb0h@google.com> wrote:

 YouTube

Dear LOSALTVSTUDIO1,

Thank you for your counter notification. Unfortunately, it's unclear to us whether you have a valid reason for filing a counter notification, so we won't be able to honor your request.

Counter notifications are only used when content has been removed as a result of mistake or misidentification. This includes a belief that your content is covered by copyright limitations or exceptions, such as fair use, fair dealing, or uses for the purposes of quotation, criticism, review, caricature, parody, or pastiche. Keep in mind that using this process may result in the claimant commencing legal action against you for copyright infringement, so you may wish to evaluate your legal position before filing a counter notification.

**What you can do now**

- Ask the copyright holder for a retraction or simply wait for your strike to expire.
- If you are sure that your video has been misidentified as infringing and are willing to possibly defend the action brought against you by the copyright holder, you can resubmit your counter notification. Be sure to explain in detail how you have all necessary rights to the video's content.

If you don't know or want more information about copyright, visit our Help Center. You may also wish to ask your legal counsel to determine if your video infringes someone else's copyright.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=djOkgHXuT2w
- http://www.youtube.com/watch?v=tocWM8wK2Mo

Display name of uploader: LOSALTVSTUDIO1

Hello YouTube,

1 of 4                                                                        8/8/2024, 9:58 PM

Gmail - Re: [RYSRBHNBEATP4VSKT5O4PTWLWQ] New Copyrigh...          https://mail.google.com/mail/u/1/?ik=2b6c254d3a&view=pt&search=a...

As the onsite recording team, Losaltvstudio1's only function is to capture in-the-field live Shakespeare productions in community park settings for non-profit access television reproduction. We do not monetize or market any of these Shakespeare productions. Please note, we do not control or provide narrative material or selected music for a given production. We simply capture the mono audio feed provided to us by the non-profit Shakespeare production team.

In the two cited productions, we are unaware of the nature of the copyright infringement cited. Can you provide further and more specific references to the exact copyright infringement claimed?

Please provide additional and specific information about the presumed copyright infringement at your earliest convenience.

Thanks,

**John Underwood**

562.619.3222

On Tue, Feb 20, 2024 at 4:11 AM YouTube <no-reply@youtube.com> wrote:



Hi LOSALTVSTUDIO1,

We received a copyright removal request for your video. Based on applicable copyright law, we removed your video from YouTube:

**Video title:** Shakespeare's All's Well That Ends Well | 2013
**Video url:** https://www.youtube.com/watch?v=djOkgHXuT2w
**Removal request issued by:** Julien Coallier
**Contact info:** juliencoallier1@gmail.com

**Video title:** Shakespeare's The Taming of the Shrew | 2017
**Video url:** https://www.youtube.com/watch?v=tccWM8wK2Mo
**Removal request issued by:** Julien Coallier
**Contact info:** juliencoallier1@gmail.com

This means that your video can no longer be viewed on YouTube.

For more information about this removal request, please email copyright@youtube.com.

## You received a copyright strike

You now have **1 copyright strike**. If you get multiple copyright strikes, we'll have to terminate your
channel. To prevent that from happening, please don't upload videos containing copyrighted content that
you aren't allowed to use.

View details

## How we process requests to remove content

We use a combination of automated systems and human reviews to process removal requests.

## What to do next

- If you believe you're not at fault in one or more of the instances above, you can appeal this
  removal by submitting a counter notification. There may be severe legal consequences for
  submitting a counter notification with false information.
- You can also contact the party that removed your video and ask them to retract their removal
  request.
- Learn more about your resolution options.

Thanks,
The YouTube team

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2024 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or
misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address
is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from
the claimant.

jsulosal@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# EXHIBIT D

Gmail - [1-7058000035883] YouTube Support                    https://mail.google.com/mail/u/1/?ik=2b6c254d3a&view=pt&search=a...

 Gmail                                          John Underwood <jsulosal@gmail.com>

## [1-7058000035883] YouTube Support

**yt-partner-support@google.com** <yt-partner-support@google.com>            Sun, May 5, 2024 at 6:35 AM
To: jsulosal@gmail.com

Hi John,

Thanks for your email.

I can understand that you need further assistance in resolving the copyright strike issued on your channel.
Unfortunately, YouTube cannot mediate or provide any legal advice towards this matter. Kindly get in touch with your
legal advisor or attorney should you require legal advice.

We appreciate your understanding.

Best,
Renz

Google YouTube Team
**Google | *YouTube Team* |** www.youtube.com

*We value your feedback! If you receive a survey, please take a minute to rate your support experience. And don't
forget to visit the Creator Hub for more help growing your channel! Check it out*

*Protect your YouTube channel with 2-Step Verification. Get Started*

[Quoted text hidden]

1 of 1                                                                    8/8/2024, 10:02 PM

# EXHIBIT E



**Shakespeare** BY THE **Sea**

514 N. Prospect Ave. Ste L-1
Redondo Beach, CA 90277
310.217.7596 | fax 310.507-0269
shakespearebythesea.org

**STEPHANIE COLTRIN**
Artistic Director
stephanie@shakespearebythesea.org

**SUZANNE DEAN**
Artistic Director
suzanne@shakespearebythesea.org

**SONJA INGE**
Administrative Assistant
sonja@shakespearebythesea.org

**BOARD OF DIRECTORS**

**MADELEINE DRAKE**
Board President
Real Estate Broker

**JEWELL JONES**
Board Vice-President
Retired Superior Court Comm.

**KYLE STEPHENS**
Board Secretary
Northrup Grumman

**ANN GARTEN**
Retired Public Relations/Marketing

**PETER LEFEVRE**
CSU, Dominguez Hills

**DENCY NELSON**
Retired Directors Guild of America/
Community Advocate

**RAY WOLFE**
Consultant, GMAC

**Mission:** to bring new, contemporary
and classical works to underserved,
culturally diverse audiences in order
to ignite imagination, promote literacy
and encourage artistic expression.

Shakespeare by the Sea has been
enriching the lives of over 575,000
Southern California residents with
**admission-free and low-cost**
performances since 1998.

Non-Profit Arts Organization
ID: 95-4785457

20 April 2024

John Underwood
LosAl TV

Hi John,

I wanted to write in response to the You Tube claim that was filed against your
You Tube channel by Julien Coallier.

We were shocked at this claim against our production. Shakespeare by the Sea
has never used anyone else's adaptation when we edit our scripts for our
productions. Shakespeare by the Sea has always done our own adaptations of
our productions.

Further, we have never met or heard of Julien Coallier until we received your
phone call.

We hope that the You Tube copyright strike against your channel will be removed.

Thank you,

Stephanie Coltrin

Stephanie Coltrin
Co-Artistic Director
310-346-9716 cell

# EXHIBIT F

Firefox                                                                 https://outlook.live.com/mail/0/AQMkADAwATM0MDAAMS0zZG...

**Re: Discussion on Recent Copyright Claims**

juliencoallier1 <juliencoallier1@gmail.com>
Thu 8/8/2024 1:59 PM
To:Jeffrey Whitten <jeffreyswhitten@outlook.com>

Greetings,

Thank you for providing example or evidence the claim needs to be enforced.

From my understanding,  some people are occupying houses or showing feature films for so called free,
because the assumption is what is proof? What is the point of ownership?

Without a kegal system or the ability to interpret anything, I realize your confusing obedience with
education, and as model, a landmark appeal we dont seem to share.

Julien

-------- Original message --------
From: Jeffrey Whitten <jeffreyswhitten@outlook.com>
Date: 7/28/24 11:55 PM (GMT-06:00)
To: juliencoallier1 <juliencoallier1@gmail.com>
Subject: Re: Discussion on Recent Copyright Claims

Hello Julien,

Thank you for providing the information.

In a previous correspondence, we informed you that in the interest of fair play and giving you the benefit
of the doubt, we have taken down all of our Shakespeare plays from YouTube, for the time being,
pursuant to your claim that at least two of our recordings, Taming of the Shrew and Alls Well That Ends
Well, infringe on your copyright claims. Are there others?

We are still struggling with your explanation of how you arrived at your ownership claims.  Can you
provide specific proofs that your copyrighted adaptations were used by Shakespeare by the Sea, and then
recorded by us? Such as examples of key phrases from your copyrighted adaptations used by SBTS,
specific dates your texts may have been downloaded by SBTS, or correspondences you may have had with
them.

Please help us understand the specifics of your claims.

Firefox                                                                                    https://outlook.live.com/mail/0/AQMkADAwATM0MDAAMS0zG...

Thanks,

Jeffrey

Sent from iPhone

**From:** juliencoallier1 <juliencoallier1@gmail.com>
**Sent:** Monday, July 15, 2024 2:35 PM
**To:** Jeffrey Whitten <jeffreyswhitten@outlook.com>
**Subject:** Re: Discussion on Recent Copyright Claims

Greetings,

My copyright claim a the US government paperwork, states the previous claim to mine was what you might call the standard version.

Therefore, any claim Shakespeare is public domain is false as fact.

Youy videos state they are performing based on texts in relation to claim above, just as indicating your allowed based on public domain is in fact incorrect.

Am also the author of the Book of Life, it was used to develop the US infrastructure in 2002, so its possible they will arrest, fine and sue much larger multinational companies for me. I can't assume much, luckily I think that book was used for military validation of war, as ahmen.

Anyhow cheers.
Julien Coallier

Mention of Book of Life due to contents having become series named Judaic. Why mention these, three of the largest actual edits to text, is the phrase I pray to you my lord.

Im actually the intended author to figure his work out, as author to Judaic, ironically.

Which may be why I removed the words jew and nigger, too.

Julien

Sent from my Galaxy

-------- Original message --------
From: Jeffrey Whitten <jeffreyswhitten@outlook.com>
Date: 7/15/24 4:03 PM (GMT-06:00)

2 of 4                                                                                      8/8/2024, 10:03 PM

To: juliencoallier1 <juliencoallier1@gmail.com>
Subject: Re: Discussion on Recent Copyright Claims

Hello Julien,

Thank you for your response.

It is our assumption and understanding that Shakespeare's plays are in the public domain.

Do you have specific knowledge that the productions we recorded were appropriated from your versions by the Shakespeare by the Sea producers? How do you know they used your translations or adaptations?

Looking forward to your response.


Thanks,

Jeffrey


**Jeffrey Whitten**

Broadcast Professional
562.619.5943

---

**From:** juliencoallier1 <juliencoallier1@gmail.com>
**Sent:** Friday, July 12, 2024 4:26 PM
**To:** Jeffrey Whitten <jeffreyswhitten@outlook.com>
**Subject:** RE: Discussion on Recent Copyright Claims

Greetings,




Greetings Jeffrey,

My name is Julien.

I own rights over all plays now, all plays except one until around new years this year.

Firefox                                                     https://outlook.live.com/mail/0/AQMkADAwATM0MDAAMS0zZG...

Based on having that claim, your video was found by information matching those plays. My issue is with book stores, they keep reinforcing thier position by things like YouTube, that is the reason for this, and that long term they would have to be removed.

The translation is for spanish or french, works done are listed in claim, I had to talk to one of thiers to explain it, one of thier US state officials.

Usually,  its the music, I had to remove many films I had bought and procoessed, knowing the industry standard that lets a person own those public domain is a growing trend, due to being a state of legality.

Because I used your information,  and provded my information,  its your information that knocks you off.

If you want to see what im up to, find, William  Shakespeare Playwright.

Consider,  im letting the royalty payment for shows to be 5%, because market standard is 10%, that mifht be an opertunity.

Maybe in two months, more answers.

Consider,  ive read all Shakespeare...
Brsides those at the Bookstore,  do you know any humans that have? Why not...

During mid term breaks...

Julien

Firefox                                                            https://outlook.live.com/mail/0/sentitems/id/AQMkADAwATM0MD...

**Discussion on Recent Copyright Claims**

Jeffrey Whitten <jeffreyswhitten@outlook.com>
Fri 7/12/2024 3:42 PM
To:juliencoallier1@gmail.com <juliencoallier1@gmail.com>;coallierjulien@yahoo.ca <coallierjulien@yahoo.ca>

Hello Julien Collier,

I hope your week went well! My name is Jeffrey Whitten, and I am a colleague of John Underwood,
who runs the YouTube channel losaltvstudio1. We have received your copyright claims for Alls Well
That Ends Well and Taming of the Shrew and wanted to provide some background on our YouTube
channel.

Our channel focuses on producing local government and public access programming for the city of
Los Alamitos and surrounding communities. Much of our work is done on a volunteer basis, driven
by passion for our craft and the storytelling medium. The Shakespeare plays in question, along with
all other videos on our channel, have never been and will never be monetized on YouTube. We view
these videos as a public service, offering high educational value to the community. Many of the
comments we receive are from teachers and students who use these plays as learning tools.

Regarding the specific Shakespeare plays you claimed copyright over, our role is limited to
recording and capturing the performances. We have no control over the content, direction, or music
within these performances. The plays are produced by a non-profit theatre group in Redondo
Beach, CA called Shakespeare by the Sea.

In light of your claims, we have privatized all Shakespeare plays on our channel. This decision has
upset our community, as we have received numerous emails requesting reinstatement. These plays
are part of long-standing traditions for some families and are used by K-12 teachers and even
college faculty as educational resources.

I have a few questions I would like to discuss:

   1) Do you hold rights over all Shakespeare plays?
   2) Do you have proof or verification that Shakespeare by the Sea is infringing on your copyright?
      YouTube provided us with your 2012 copyright over many Shakespeare play translations, so
      we assumed your claim was related to the use of the script rather than the music or video
      itself.
   3) If you have evidence of specific copyright infringement, what would you like to see happen?
      We are willing to work with you and provide appropriate credits in the YouTube descriptions
      of any performances that used your translations.

We are more than happy to cooperate and find a resolution. If you would prefer to discuss this over
the phone, please feel free to call me at 1-562-619-5943.

Thank you for your attention to this matter. Looking forward to hearing back from you! Take care.

https://outlook.live.com/mail/0/sentitems/id/AQMkADAwATM0MD...

Thanks,
Jeffrey


**Jeffrey Whitten**
Broadcast Professional
562.619.5943

8/8/2024, 10:05 PM