COREY A. DONALDSON (SBN 280383)
cdonaldson@fcoplaw.com
FERGUSON CASE ORR PATERSON LLP
1050 South Kimball Road
Ventura, CA 93004
T: 805-659-6800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Underwood<br><br>Plaintiff(s)<br>v.<br><br>Julien Coallier<br><br>Defendant(s) | CASE NUMBER<br><br>8:25-cv-00207-ADS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| | |
|---|---|
| Levy, Paul Alan<br>*Applicant's Name (Last Name, First Name & Middle Initial*<br>202-588-7725<br>*Telephone Number    Fax Number*<br>plevy@citizen.org<br>*E-Mail Address* | of | Public Citizen Litigation Group<br>1600 20th Street NW<br>Washington, D.C. 20009<br>T: 202-588-7725<br><br>*Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Plaintiff John Underwood

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

| | |
|---|---|
| Donaldson, Corey A.<br>*Designee's Name (Last Name, First Name & Middle Initial*<br>280383         805-659-6800<br>*Designee's Cal. Bar No.   Telephone Number    Fax Number*<br>cdonaldson@fcoplaw.com<br>*E-Mail Address* | of | Ferguson Case Orr Paterson LLP<br>1050 South Kimball Road<br>Ventura, CA 93004<br>T: 805-659-6800<br><br>*Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge