# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| John Underwood | CASE NUMBER: |
|---|---|
| v. Plaintiff(s), | 8:25-cv-00207-ADS |
| Julien Coallier | **NOTICE OF REASSIGNMENT TO DISTRICT JUDGE AND REFERRAL MAGISTRATE JUDGE** |
| Defendant(s) | (For use in Direct Assignment of Civil Cases to Magistrate Judges Opt-Out Program only) |

TO ALL COUNSEL/PARTIES APPEARING OF RECORD:

☒ Notice of Assignment and Declination of Consent to U.S. Magistrate Judge timely submitted.

☐ Motion for TRO or preliminary injunction filed with initial pleading.

☐ Notice of Related Case has been filed.

☐ Other: _____

Pursuant to General Order In the Matter of Direct Assignment of Civil Cases to Magistrate Judges and for the reason stated above, this case is hereby randomly assigned to the Honorable **James V. Selna**, United States District Judge, for all further proceedings.

Any discovery matters that may be referred to a Magistrate Judge are hereby randomly assigned to the Honorable **John D. Early**, United States Magistrate Judge, for all further proceedings.

On all documents subsequently filed in this case, please substitute the initials **JVS-(JDEx)** after the case number in place of the initials of the prior judge, so that the case number will read **8:25-cv-00207-JVS-(JDEx)**. All subsequently filed documents must reflect the new initials because documents are routed to the assigned judges by means of these initials.

Clerk, U. S. District Court

Date: 2/11/25          By: D. Velazquez

cc: ☒ *Previous Magistrate Judge*