# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN UNDERWOOD<br><br>Plaintiff(s),<br><br>v.<br><br>JULIEN COALLIER<br><br>Defendant(s). | CASE NUMBER:<br><br>8:25−cv−00207−JVS−JDE<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

_2/9/2025_   _11_   _Application of Non−Resident Attorney to Appear in a Specific Case Pro Hac Vice_
Date Filed   Doc. No.   Title of Doc.

**ERROR(S) WITH DOCUMENT:**

Pro hac vice order previously granted.

Other:

**Note:**   In response to this notice, the Court may: 1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _February 12, 2025_        By:  _/s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov_
                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112C(10/23)    Notice to Filer of Deficiencies in Electronically Filed Pro Hac Vice Application