PAUL ALAN LEVY
plevy@citizen.org
(*pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, D.C. 20009
Telephone: (202) 588-7725

PHILLIP R. MALONE (SBN 163969)
pmalone@stanford.edu
JUELSGAARD INTELLECTUAL PROPERTY
AND INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305
Telephone: (650) 724-1900

COREY A. DONALDSON (SBN 280383)
cdonaldson@fcoplaw.com
FERGUSON CASE ORR PATERSON LLP
1050 South Kimball Road
Ventura, California 93004
Telephone: (805) 659-6800

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(Southern Division)**

| | | |
|---|---|---|
| JOHN UNDERWOOD,<br><br>Plaintiff,<br>v.<br><br>JULIEN COALLIER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 8:25-CV-00207-JVS-JDE**<br>**REQUEST FOR SERVICE OF PROCESS BY CLERK OF COURT PURSUANT TO L.R. 4-5, AND FED. R. CIV. P. 4(f)(2)(C)(ii)** |

Plaintiff John Underwood ("Plaintiff") respectfully requests that the Clerk of Court effect service on the Defendant Julien Coallier ("Defendant") pursuant to L.R. 4-5 and Fed. R. Civ. P. 4(f), and states as follows:

1. On February 4, 2025, Plaintiff initiated this lawsuit by filing the Complaint against Defendant Julien Coallier ("Defendant"). *See* ECF No. 1.

2. On information and belief, Defendant is a Canadian citizen residing in Flin Flon, Manitoba, Canada.

3. Affirmative authorization for service by international mail is found in Fed. R. Civ. P. 4(f)(2)(C)(ii), which allows service abroad by international mail for which a signed receipt is required, when such mail is addressed and mailed by the clerk of the federal district court in which the suit is filed. Fed. R. Civ. P. 4(f)(2)(C)(ii) states, in pertinent part:

> (f) . . . [A defendant] may be served at a place not within any judicial district of the United States:
>
> . . . (2) if there is no internationally agreed means, or *if an international agreement allows but does not specify other means*, by a method *that is reasonably calculated to give notice*:
>
> . . .(C) *unless prohibited by the foreign country's law*, by:
>
> . . . (ii) *using any form of mail that the clerk addresses and sends to the individual and that requires a signed receipt* . . .

Fed. R. Civ. P. 4(f)(2)(C)(ii) (emphasis added).

4. Both the United States and Canada are signatories to, and member countries of the Convention on the Service Abroad of Judicial and Extrajudicial Documents (the "Hague Convention" or the "Convention").

5. Article 10(a) of the Hague Convention states that, "[p]rovided the State of destination does not object, the [ ] Convention shall not interfere with . . . the freedom to send judicial documents, by postal channels, directly to persons abroad." The Ninth Circuit has held that the meaning of "send" in Article 10(a) includes "serve," such that

service of judicial documents may be effected between member countries by postal channels. *Brockmeyer v. May*, 383 F.3d 798, 802 (9th Cir. 2004); *see also Water Splash, Inc. v. Menon*, 581 U.S. 271, 284 (2017) (Article 10(a) of the Hague Convention "encompasses service by mail"). *See* Declaration of Corey A. Donaldson ("Donaldson Decl."), ¶ 5, Exh. 1.

6. Canada does not object to Article 10(a) of the Hague Convention. *See* Donaldson Decl., ¶ 7, Exh. 2. The Ninth Circuit has held that where, as here, Article 10(a) of the Hague Convention is not opposed by the relevant member country, "[a]ny affirmative authorization of service by international mail, and any requirements as to how that service is to be accomplished, must come from the law of the forum in which the suit is filed." *Brockmeyer*, 383 F.3d at 804.

7. Rule 4(f) does not specify any hierarchy or preference of one method over another service. *Rio Properties, Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1015 (9th Cir. 2002). Therefore, Defendant may be served via "mail that the clerk addresses and sends to [the Defendant] and that requires a signed receipt." Fed. R. Civ. P. 4(f)(2)(C)(ii); *see also, e.g.*, *Atl. Recording Corp. v. Iconic Holdings Ltd.*, 2022 WL 19076672, at *2 (C.D. Cal. Dec. 16, 2022) (granting foreign mail service by clerk of court to U.K. defendant pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii)); Ord. on Plaintiffs' Request for Clarification Concerning Service of Process at 3, *Zenith Group LLC v. CTV News*, 1:23-cv-10262, (D. Mass. 2023), ECF No. 8 (granting foreign mail service by clerk of court to Canadian defendant); Ord. Denying Motion to Vacate at 2-5, *In RE: LLS America LLC (Kriegman v. Slanina Adv. Proceeding No 11-80094-PCW11)*, 2:12-cv-00422, (E.D. Wash. 2017), ECF. No. 37 (finding foreign mail service by clerk of court to Canadian defendant proper).

8. Accordingly, Plaintiff respectfully requests the Clerk of Court to effect service by mailing a copy of the following documents to Defendant Julien Coallier, return receipt requested:

a. Summons (ECF No. 8);

b. Complaint and attached Exhibits (ECF Nos. 1 and 1-1);

c. Certificate and Notice of Interested Parties (ECF No. 3);

d. Notice of Assignment to U.S. Magistrate Judge and Declination of Consent (ECF No. 6);

e. Notice of Reassignment (ECF No. 14);

f. Initial Order from this Court (ECF No. 16); and

g. Request for Service of Process by Clerk of Court and attached Declaration (ECF Nos. 18 and 18-1).

9. Upon information and belief, Defendant Julien Coallier's mailing address is:

Julien Coallier
50 First Avenue
Flin Flon, Manitoba, Canada R8A 0T8

*See* Summons (ECF No. 8). Mailing to this address is reasonably calculated to inform Defendant because: (1) Defendant listed this address on the Digital Millennium Copyright Act (DMCA) takedown notice. *See* Complaint Exh. B at 7 (ECF No. 1); (2) prior delivery of service waiver form, summons and complaint via FedEx was accepted at this address and not returned as addressee unknown. *See* Donaldson Decl., ¶ 9. As such, Plaintiff respectfully requests that the Clerk of Court mail a copy of the above documents, return receipt requested, to Defendant Julien Coallier at that address.

10. As stated in the accompanying declaration, copies of the materials are being furnished in a form proper for service, along with a postage-paid envelope, to the Office of the Clerk. Donaldson Decl., ¶ 10.

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Effect service by mailing a copy of the above documents in paragraph 8, FedEx international mail return receipt requested, to Julien Coallier, at the address specified above in paragraph 9; and

B. Grant Plaintiffs such other and further relief as the Court deems just and appropriate.

Dated: March 12, 2025

By: /s/ Corey A. Donaldson

COREY A. DONALDSON (SBN 280383)
cdonaldson@fcoplaw.com
FERGUSON CASE ORR PATERSON LLP
1050 South Kimball Road
Ventura, California 93004
Telephone: (805) 659-6800