# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Underwood,<br><br>PLAINTIFF(S)<br>v.<br>Julien Coallier,<br><br>DEFENDANT(S). | **CASE NUMBER**<br>8:25-cv-00207-JVS (JDEx)<br><br>**NOTICE OF SERVICE PURSUANT TO LOCAL RULE 4-5** |

NOTICE: On __March 18, 2025__, the Clerk's Office received documents from __John Underwood__ for service on __Julien Coallier__ pursuant to Local Rule 4-5. These documents were:

☒ Deposited for Service by the undersigned Deputy Clerk :
   on __March 18, 2025__
   using ☐ U.S. Postal Service ☒ FedEx ☐ DHL ☐ Other:
   as requested in Dkt # __18__
   to [*name and address*]: Julien Coallier
   50 First Avenue
   FLIN FLON MB R8A0T8 (CA)

☐ Not deposited for Service, because [*check applicable boxes below*]:
   ☐ No Request for Service was filed (L.R. 4-5).
   ☐ The Request for Service, Dkt #: _____ did not comply with L.R. 4-5, in that:
      ☐ No authority for service was cited.
      ☐ The authority cited does not provide for service to be made by the Clerk.
      ☐ No declaration was provided.
   ☐ No addressed envelope was provided.
   ☐ Insufficient postage was provided.
   ☐ The address provided is within a country that has objected to the service of process by mail under the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

Dated: __March 18, 2025__       By: __Deborah Lewman__
                                    Deputy Clerk

NOTE: *If the documents provided were not deposited for service, the Clerk's Office will retain the documents for 14 days. If the party requesting service does not arrange for the documents to be picked up within that time, the documents will be destroyed.*