PAUL ALAN LEVY
plevy@citizen.org
(*pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, D.C. 20009
Telephone: (202) 588-7725

PHILLIP R. MALONE (SBN 163969)
pmalone@stanford.edu
JUELSGAARD INTELLECTUAL PROPERTY
AND INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305
Telephone: (650) 724-1900

COREY A. DONALDSON (SBN 280383)
cdonaldson@fcoplaw.com
FERGUSON CASE ORR PATERSON LLP
1050 South Kimball Road
Ventura, California 93004
Telephone: (805) 659-6800

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(Southern Division)**

| | |
|---|---|
| JOHN UNDERWOOD,<br><br>  Plaintiff,<br><br>  v.<br><br>JULIEN COALLIER,<br><br>  Defendant. | **Case No. 8:25-cv-00207-JVS-JDE**<br><br>**DECLARATION OF COREY A. DONALDSON REGARDING SERVICE PURSUANT TO L.R. 4-5 AND FED R. CIV. P. 4(f)(2)(C)(ii)** |

I, Corey A. Donaldson, declare as follows:

1. I am an attorney-at-law, duly licensed to practice law in the State of California and before this Court. I am co-counsel for Plaintiff John Underwood ("Plaintiff") in this action. I know all the following of my own personal knowledge and, if called as a witness, could and would competently testify thereto.

2. I make this declaration to state the manner in which Plaintiff has served defendant Julien Coallier ("Defendant").

3. On February 4, 2025, Plaintiff initiated this lawsuit by filing the Complaint against Defendant. *See* ECF No. 1.

4. On information and belief including the confirmation of my co-counsel Phillip Malone, on February 7, 2025, counsel for Plaintiff sent a copy of the Complaint and waiver of service forms to Defendant by FedEx to 50 First Avenue, Flin Flon, Manitoba, Canada R8A0T8, which is the address listed on the DMCA takedown notice filed by Defendant (*see* ECF No. 1-1 at Ex. B), and which on information and belief is Defendant's home address. The tracking number for that package was 771951022241. FedEx's online tracking feature reflected that the package was delivered and signed for on February 12, 2025. Attached hereto as Exhibit A is the FedEx delivery confirmation.

5. After Coallier did not return the waiver of service forms, on March 12, 2025, Plaintiff filed a request for foreign service under L.R. 4-5 and Fed. R. Civ. P. 4(a)(2)(C)(ii). *See* ECF No. 18. On March 18, 2025, the Deputy Clerk issued a Notice of Service Pursuant to Local Rule 4-5 (*see* ECF No. 18) indicating that the service documents were deposited with FedEx for service on March 18, 2025. The tracking number for that package was 772782155544. FedEx's online tracking feature reflects that the package was delivered and signed for on March 21, 2025. Attached hereto as Exhibit B is the FedEx delivery confirmation.

6. On March 24, 2025, my co-counsel Paul A. Levy sent a courtesy email to Defendant attaching digital copies of the papers that were served on him by FedEx,

including the complaint, exhibits, civil cover, interested parties form, and papers filed in connection with Underwood's request for service by the Clerk. According to Mr. Levy, the email was addressed both to the email address that Defendant placed on the Digital Millenium Copyright Act notice that he sent to YouTube and the email address that Coallier placed on his copyright registration. The email informed Defendant that his response to the complaint is due April 11, 2025.

7. Later on March 24, 2025, Defendant responded to Mr. Levy's email. Defendant's response indicated his belief that based on "previous paperwork," Defendant had two months to respond. On information and belief, the "previous paperwork" referred to by Defendant was the request for waiver of service that was sent via FedEx to the same address as the service packet sent by the Deputy Clerk.

8. On March 26, 2025, Mr. Levy responded to Defendant and informed him of Plaintiff's position that Defendant's view of the deadline is mistaken, but that Plaintiff would consent if Defendant wished to seek a reasonable extension of time to respond.

9. A copy of the email chain referenced in Paragraphs 6-8 above is attached hereto as Exhibit C.

10. On information and belief including the confirmation of Messrs. Malone and Levy, no further communications between Plaintiff's counsel and Defendant have taken place.

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1ˢᵗ day of April in Westlake Village, California.

By: /s/ Corey A. Donaldson

COREY A. DONALDSON (SBN 280383)
cdonaldson@fcoplaw.com
Ferguson Case Orr Paterson LLP
1050 South Kimball Road
Ventura, California 93004
Telephone: (805) 659-6800

# CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2025, I caused a true and correct ECF-stamped copy of the foregoing document to be served upon the following party via FedEx at the indicated physical address and via electronic mail at the indicated email addresses:

Julian Coallier

50 First Avenue

Flin Flon, MB R8A0T8

CANADA

juliencoallier1@gmail.com

coallierjulien@yahoo.com

| | |
|---|---|
| Dated: April 1, 2025 | By: /s/ Corey A. Donaldson |
| | COREY A. DONALDSON (SBN 280383) |
| | cdonaldson@fcoplaw.com |
| | Ferguson Case Orr Paterson LLP |
| | 1050 South Kimball Road |
| | Ventura, California 93004 |
| | Telephone: (805) 659-6800 |

# EXHIBIT A







1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

DECLARATION OF COREY A. DONALDSON
REGARDING SERVICE PURSUANT TO L.R. 4-5 AND FED. R. CIV. P. 4(f)(2)(C)(ii)







- 12:59 AM
  Arrived at FedEx hub
  MEMPHIS, TN

- 1:27 AM
  On the way
  MEMPHIS, TN

- 4  AM
  Departed FedEx hub
  MEMPHIS, TN

- 4:36 AM
  Shipment arriving early
  MEMPHIS, TN

- 4:37 AM
  On the way
  MEMPHIS, TN

- 6:57 AM
  At destination sort facility
  WINNIPEG, MB

- 7 18 AM
  On the way
  Package available for clearance
  WINNIPEG, MB

- 7  8 AM
  Clearance in progress
  WINNIPEG, MB

- 10:19 AM
  Shipment exception
  Held, cleared regulatory agency(s) after aircraft/truck departed
  WINNIPEG, MB

- 10:19 AM
  International shipment release  Import
  WINNIPEG, MB

- 10:20 AM
  Shipment arriving early
  WINNIPEG, MB

- 11:20 AM
  At local FedEx facility
  WINNIPEG, MB

- 8 05 PM
  Arrived at FedEx hub
  WINNIPEG, MB

Thursday, 3/20/25

- 4 08 AM
  At local FedEx facility
  WINNIPEG, MB

- 8:07 AM
  On the way
  A trusted third-party vendor is on the way with your package.
  WINNIPEG, MB

Friday, 3/21/25

- ✓ 12  7 PM
  Delivered
  FLIN FLON, MB

↑ Back to top

OUR COMPANY
About FedEx
Our Portfolio
Investor Relations
Careers
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

MORE FROM FEDEX
FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner



# EXHIBIT C

**Paul Levy**

| | |
|---|---|
| **From:** | Paul Levy |
| **Sent:** | Wednesday, March 26, 2025 9:30 AM |
| **To:** | juliencoallier1 |
| **Subject:** | RE: Case 8:25-cv-00207-JVS-JDE: John Underwood v. Julien Coallier |

Mr. Coallier, when you refer to "previous paperwork," I assume that you mean the waiver of service forms that we sent you in February.  And yes, if you had signed the waiver form and returned it within the time stated, you would have been entitled to extra time to respond to the complaint.  But because you did not do that, you have only until April 11, 21 days after the day you received service from the Clerk of the Court, to file either an answer or motion to dismiss.

But you could ask for more time for that filing, and as I suggested in my previous email, we would be willing to consent to a reasonable motion seeking more time.  You will have to deliver such a motion (or an answer) to the Court in hard copy within the time limit unless you seek and receive permission from the Court to file electronically.   You can do that by following the instructions here:  https://www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers

Paul Alan Levy
Public Citizen Litigation Group
1600 20th Street, NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org
https://www.citizen.org/article/internet-free-speech/

**From:** juliencoallier1 <juliencoallier1@gmail.com>
**Sent:** Monday, March 24, 2025 8:05 PM
**To:** Paul Levy <plevy@citizen.org>
**Subject:** RE: Case 8:25-cv-00207-JVS-JDE: John Underwood v. Julien Coallier


Based on your previous paperwork, the one month is for domestic, and two months is for international, as International Im two months. Meanwhile because you acknowledge Cabada and US, its curious you don't acknowledge copyright therefrom.

*It may be important for you to understand,  yet not required for me to have said because of your angle of approach,  most changing of text was spacing, as meaning there was kept above 75% of words as new words.

I'm still awaiting paperwork to show you.

Julien


-------- Original message --------
From: Paul Levy <plevy@citizen.org>

1

Date: 3/24/25 5:05 PM (GMT-06:00)
To: juliencoallier1@gmail.com, coallierjulien@yahoo.ca
Cc: "Corey A. Donaldson" <cdonaldson@fcoplaw.com>, Phil Malone <pmalone@law.stanford.edu>
Subject: Case 8:25-cv-00207-JVS-JDE: John Underwood v. Julien Coallier

Mr. Coallier, I am lead counsel for John Underwood in this lawsuit against you.   I am attaching electronic copies of the complaint, summons, and other materials that were served on you on Friday by FedEx delivery by the Clerk of the United States District Court for the Central District of California.

As the summons indicates, your response to the complaint—either an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure—is due to be filed with the Court in California in 21 days from Friday, specifically, April 11.  Please let me know whether you need extra time to respond to the complaint.

If you are represented by counsel in this case, please have that lawyer contact me so that I can deal with your lawyer instead of writing directly to you

Paul Alan Levy

Public Citizen Litigation Group

1600 20th Street, N.W.
Washington, D.C. 20009

202-588-7725

plevy@citizen.org

https://www.citizen.org/article/internet-free-speech/