PAUL ALAN LEVY
plevy@citizen.org
(*pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, D.C. 20009
Telephone: (202) 588-7725

PHILLIP R. MALONE (SBN 163969)
pmalone@stanford.edu
JUELSGAARD INTELLECTUAL PROPERTY
AND INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305
Telephone: (650) 724-1900

COREY A. DONALDSON (SBN 280383)
cdonaldson@fcoplaw.com
FERGUSON CASE ORR PATERSON LLP
1050 South Kimball Road
Ventura, California 93004
Telephone: (805) 659-6800

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(Southern Division)**

| | |
|---|---|
| JOHN UNDERWOOD, | **Case No. 8:25-cv-00207-JVS-JDE** |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT JULIEN COALLIER** |
| v. | |
| JULIEN COALLIER, | |
| Defendant. | [FED. R. CIV. P. 55(A)] |

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
AGAINST DEFENDANT JULIEN COALLIER

**TO THE CLERK OF THE COURT:**

Plaintiff John Underwood, by and through his attorneys, hereby requests that the Clerk of the Court enter default in the above-captioned matter against Defendant Julien Coallier pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to answer or otherwise defend this action.

Underwood filed the Complaint against Coallier on February 4, 2025. (Dkt. No. 1). On March 12, 2025, Underwood requested service of process by the Clerk of the Court pursuant to L.R. 4-5, and Fed. R. Civ. P. 4(f)(2)(C)(ii). (*See* Dkt. No. 18). On March 18, 2025, the Clerk deposited Underwood's request to serve Coallier and filed on the docket a Notice of Service Pursuant to Local Rule 4-5 (*See* Dkt. No. 21). Underwood effected service of the summons and complaint on Coallier on March 21, 2025, in compliance with the federal and state rules of procedure, as evidenced by the Declaration of Corey A. Donaldson. (*See* Dkt. No. 22 ¶ 5). Coallier's responsive pleading was due on April 11, 2025 (*see* Fed. R. Civ. P. 12(a)(1)(A)(i) (answer due 21 days after service)), but Coallier has neither answered nor otherwise responded to the complaint.

Accordingly, Underwood hereby requests that the Clerk enter default against Coallier in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

///

DATED: May 6, 2025        By:  /s/ Corey A. Donaldson

COREY A. DONALDSON (SBN 280383)
cdonaldson@fcoplaw.com
FERGUSON CASE ORR PATERSON LLP
1050 South Kimball Road
Ventura, California 93004
Telephone: (805) 659-6800

PAUL ALAN LEVY
plevy@citizen.org
(*pro hac vice* application to be filed)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, D.C. 20009
Telephone: (202) 588-7725

PHILLIP R. MALONE (SBN 163969)
pmalone@stanford.edu
JUELSGAARD INTELLECTUAL PROPERTY
AND INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305
Telephone: (650) 724-1900

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2025, I caused a true and correct ECF-stamped copy of the foregoing document to be served upon the following party via USPS Priority Mail Express International at the indicated physical address and via electronic mail at the indicated email addresses:

Julian Coallier

50 First Avenue

Flin Flon, MB R8A0T8

CANADA

juliencoallier1@gmail.com

coallierjulien@yahoo.com

| | |
|---|---|
| Dated: May 6, 2025 | By: /s/ Corey A. Donaldson |
| | COREY A. DONALDSON (SBN 280383) |
| | cdonaldson@fcoplaw.com |
| | Ferguson Case Orr Paterson LLP |
| | 1050 South Kimball Road |
| | Ventura, California 93004 |
| | Telephone: (805) 659-6800 |