PAUL ALAN LEVY
plevy@citizen.org
(*pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, D.C. 20009
Telephone: (202) 588-7725

PHILLIP R. MALONE (SBN 163969)
pmalone@stanford.edu
JUELSGAARD INTELLECTUAL PROPERTY
AND INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305
Telephone: (650) 724-1900

COREY A. DONALDSON (SBN 280383)
cdonaldson@fcoplaw.com
FERGUSON CASE ORR PATERSON LLP
1050 South Kimball Road
Ventura, California 93004
Telephone: (805) 659-6800

*Attorneys for Plaintiff John Underwood*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (Southern Division)

| | | |
|---|---|---|
| JOHN UNDERWOOD, | ) | **Case No. 8:25-cv-00207-JVS-JDE** |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S NOTICE OF** |
| v. | ) | **APPLICATION AND** |
| | ) | **APPLICATION FOR** |
| JULIEN COALLIER, | ) | **DEFAULT JUDGMENT** |
| | ) | |
| Defendant. | ) | Date:        Aug. 18, 2025 |
| | ) | Time:       1:30 p.m. |
| | ) | Courtroom: 10C |
| | ) | Judge:      Hon. James V. Selna |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  PLEASE TAKE NOTICE that on August 18, 2025 at 1:30 p.m. or as soon

3  thereafter as this matter may be heard, in Courtroom 10C at the United States District

4  Court for the Central District of California, located at 411West 4th Street, Santa Ana,

5  CA 92701-4516, before the Honorable James V. Selna, District Judge, pursuant to Fed.

6  R. Civ. P. 55(b) and Local Rule 55-1, Plaintiff John Underwood will and hereby does

7  move for entry of default judgment against Defendant Julien Coallier.

8  Underwood filed the complaint in this action on February 4, 2025. (Declaration

9  of Corey A. Donaldson in Support of Underwood's Application for Default Judgment

10  (Donaldson Decl.), ¶ 3). A summons and copy of the complaint were served on

11  Coallier on March 21, 2025. (Donaldson Decl. ¶ 4). Pursuant to Fed. R. Civ. P.

12  12(a)(1)(A)(i), Coallier's responsive pleading was due on April 11, 2025, but Coallier

13  failed to file an answer or otherwise respond to Underwood's complaint. (Donaldson

14  Decl. ¶¶ 5-6). On May 6, 2025, Underwood filed a request for entry of default against

15  Coallier. (Donaldson Decl. ¶ 7). Underwood's request for entry of default was

16  forwarded to Judge James v. Selna on May 7, 2025. (Donaldson Decl. ¶ 8). The Court

17  ordered the clerk to enter default against Coallier on May 28, 2025, based on Coallier's

18  failure to answer or otherwise respond to Underwood's complaint. (Donaldson Decl. ¶

19  9). The clerk did so on the same day. (Donaldson Decl. ¶ 9).

20  Underwood therefore requests that the Court (1) enter default judgment in favor

21  of Underwood and against Coallier; (2) declare that the posting of recordings of

22  Shakespeare by the Sea performances to Underwood's YouTube channel did not

23  infringe and does not infringe any valid copyright owned by the Defendant; (3) refer to

24  the Copyright Office the question of whether Defendant's registration of the copyright

25  in 37 works by Shakespeare should be cancelled, pursuant to 17 U.S.C. § 411(b)(2);

26  (4) Enjoin Defendant from asserting or threatening to assert any claims of copyright

27  against any person or entity in the United States, or from submitting any DMCA

28  takedown notices pursuant to 17 U.S.C. § 512(c), based on Defendant's purported

ownership of copyright in any works based on the works of William Shakespeare; and (5) award Plaintiff Underwood's costs against Defendant pursuant to 17 U.S.C. § 512(f), other portions of the Copyright Act, including Section 505, or as otherwise allowed by law.

Pursuant to Local Rule 55-1, the defaulting party is not an infant or incompetent person, and the Servicemembers Civil Relief Act (50 U.S.C. App. § 521) does not apply. (Donaldson Decl. ¶¶ 10-11). Because Coallier has not entered an appearance in this action, service of this notice of application and related papers is not required by Fed. R. Civ. P. 55(b)(2). Nevertheless, while not required, Underwood is serving courtesy copies of this notice of application and related papers on Coallier by email. (Donaldson Decl. ¶ 12).

The relief that Underwood seeks and the bases for granting such relief are set forth in this notice of application and application; the accompanying declaration of Corey A. Donaldson; the records and files in this action; and any additional material that may properly come before the Court for its consideration.

DATE: July 11, 2025                    FERGUSON CASE ORR PATERSON LLP


                                       /s/    Corey A. Donaldson

                                       Corey A. Donaldson

                                       Paul Alan Levy (*pro hac vice*)

                                       Phillip R. Malone

                                       *Attorneys for Plaintiff John Underwood*

PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT
AGAINST DEFENDANT JULIEN COALLIER