1  PAUL ALAN LEVY
2  plevy@citizen.org
   (*Pro Hac Vice*)
3  PUBLIC CITIZEN LITIGATION GROUP
4  1600 20th Street NW
   Washington, D.C. 20009
5  Telephone: (202) 588-7725

6
   PHILLIP R. MALONE (SBN 163969)
7  pmalone@stanford.edu
   JUELSGAARD INTELLECTUAL PROPERTY
8  AND INNOVATION CLINIC
9  Mills Legal Clinic at Stanford Law School
   Crown Quadrangle, 559 Nathan Abbott Way
10 Stanford, California 94305
11 Telephone: (650) 724-1900

12
   COREY A. DONALDSON (SBN 280383)
13 cdonaldson@fcoplaw.com
   FERGUSON CASE ORR PATERSON LLP
14 1050 South Kimball Road
15 Ventura, California 93004
   Telephone: (805) 659-6800
16

17 *Attorneys for Plaintiff John Underwood*

18                    **UNITED STATES DISTRICT COURT**
19                    **CENTRAL DISTRICT OF CALIFORNIA**
                              **(Southern Division)**
20

| | | |
|---|---|---|
| 21 JOHN UNDERWOOD, | ) | **Case No. 8:25-cv-00207-JVS-JDE** |
| 22     Plaintiff, | ) ) | **DECLARATION OF COREY A.** |
| 23 v. | ) ) | **DONALDSON IN SUPPORT OF PLAINTIFF'S** |
| 24 | ) ) | **APPLICATION FOR DEFAULT** |
| 25 JULIEN COALLIER, | ) ) | **JUDGMENT** |
| 26     Defendant. | ) ) | Date:     Aug. 18, 2025 |
| 27 | ) ) | Time:     1:30 p.m. Courtroom: 10C |
| 28 | ) | Judge:    Hon. James V. Selna I, |

1

I, Corey A. Donaldson, declare as follows:

1. I am an attorney at Ferguson Case Orr Paterson LLP and represent Plaintiff John Underwood in this matter.

2. I submit this declaration pursuant to Local Rule 55-1 and in support of Plaintiff John Underwood's application for entry of default judgment against Defendant Julien Coallier.

3. Underwood filed his complaint against Coallier on February 4, 2025. (Dkt. No. 1).

4. A summons and copy of the complaint were served on Coallier on March 21, 2025. (Dkt. No. 22 ¶ 5).

5. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Coallier's responsive pleading to Underwood's complaint was due on April 11, 2025.

6. Coallier never filed an answer or otherwise responded to Underwood's Complaint.

7. Underwood filed a request for entry of default against Coallier on May 6, 2025. (Dkt. No. 23).

8. Underwood's request for entry of default was forwarded to Judge James V. Selna on May 7, 2025. (Dkt. No. 24).

9. The Court ordered the clerk to enter default against Coallier on May 28, 2025, based on Coallier's failure to answer or otherwise respond to Underwood's complaint. (Dkt. No. 25). The clerk did so on the same day. (Dkt. No. 26).

10. On information and belief, Coallier is not an infant or incompetent person.

11. On information and belief, Coallier is not in military service, and the Servicemembers Civil Relief Act (50 U.S.C. App. § 521) does not apply.

12. In prosecuting this action, Plaintiff has incurred the following expenses: (a) $212 for obtaining a deposit copy of the copyright registration, (b) $335.66 for mailing and FedEx charges, (c) $358.65 for service charges, including to the Court for obtaining authorization for foreign service, (d) $405 for the filing of the action, and (e)

1  $500 for the pro hac vice fee of Mr. Levy. As such, Plaintiff's costs are no less than $2505.62.

13. Coallier has not appeared in this action either personally or by a representative, and thus service of the notice of application and related papers is not required by Fed. R. Civ. P. 55(b)(2). Nevertheless, concurrently with the filing of the present application, Underwood is sending a courtesy copy of the notice of application and related papers to Coallier by email.

14. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 11, 2025                FERGUSON CASE ORR PATERSON LLP

                                    /s/    Corey A. Donaldson
                                    Corey A. Donaldson

                                    *Attorney for Plaintiff John Underwood*