PAUL ALAN LEVY
plevy@citizen.org
(*pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, D.C. 20009
Telephone: (202) 588-7725

PHILLIP R. MALONE (SBN 163969)
pmalone@stanford.edu
JUELSGAARD INTELLECTUAL PROPERTY
AND INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305
Telephone: (650) 724-1900

COREY A. DONALDSON (SBN 280383)
cdonaldson@fcoplaw.com
FERGUSON CASE ORR PATERSON LLP
1050 South Kimball Road
Ventura, California 93004
Telephone: (805) 659-6800

Attorneys for Plaintiff John Underwood

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
(Southern Division)

| | |
|---|---|
| JOHN UNDERWOOD, | Case No. 8:25-cv-00207-JVS-JDE |
| Plaintiff, | **PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS** |
| v. | |
| JULIEN COALLIER, | Judge: Hon. James V. Selna |
| Defendant. | Date: September 29, 2025 |
| | Time: 1:30 p.m. |
| | Courtroom: 10C |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 29, 2025, or as soon thereafter as the matter may be heard before the honorable James V. Selna in Courtroom 10C of the United States District Court for the Central District of California, Southern Division, located at 411 West Fourth Street, Santa Ana, CA 92701, Plaintiff John Underwood ("Plaintiff" or "Underwood") will move and hereby moves for an order granting attorney fees and costs to be paid by defendant Julien Coallier ("Defendant" or "Coallier").

This application is made pursuant to Federal Rule of Civil Procedure 54 and the Court's order granting default judgment (dkt. 30); the Memorandum of Points and Authorities below; the declarations of counsel Paul Alan Levy, Phillip R. Malone, and Corey A. Donaldson and accompanying exhibits, submitted herewith; and any further papers, evidence, arguments, and things as may be presented at any hearing on this Motion.

///
///
///

DATED: August 25, 2025  By :  /s/ Corey A. Donaldson

COREY A. DONALDSON (SBN 280383)
cdonaldson@fcoplaw.com
FERGUSON CASE ORR PATERSON LLP
1050 South Kimball Road
Ventura, California 93004
Telephone: (805) 659-6800

PAUL ALAN LEVY
plevy@citizen.org
(*pro hac vice* application to be filed)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, D.C. 20009
Telephone: (202) 588-7725

PHILLIP R. MALONE (SBN 163969)
pmalone@stanford.edu
JUELSGAARD INTELLECTUAL PROPERTY AND INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305
Telephone: (650) 724-1900

3

PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS

PAUL ALAN LEVY (*pro hac vice*)
plevy@citizen.org
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, D.C. 20009
Telephone: (202) 588-7725

PHILLIP R. MALONE (SBN 163969)
pmalone@stanford.edu
JUELSGAARD INTELLECTUAL PROPERTY
AND INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305
Telephone: (650) 724-1900

COREY A. DONALDSON (SBN 280383)
cdonaldson@fcoplaw.com
FERGUSON CASE ORR PATERSON LLP
1050 South Kimball Road
Ventura, California 93004
Telephone: (805) 659-6800

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(Southern Division)**

| | |
|---|---|
| JOHN UNDERWOOD, | **Case No. 8:25-cv-00207-JVS-JDE** |
| Plaintiff, | |
| v. | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS** |
| JULIEN COALLIER, | |
| Defendant. | |
| | Judge: Hon. James V. Selna |
| | Date: September 29, 2025 |
| | Time: 1:30 p.m. |
| | Courtroom: 10C |

Plaintiff John Underwood has prevailed in this action under section 512(f) of the Digital Millennium Copyright Act, 17 U.S.C. § 512(f), and has secured a declaratory judgment of non-infringement of copyright.  Section 512(f) provides that a losing defendant "**shall be liable** for any damages, including costs and attorneys' fees, incurred by the alleged infringer," and section 505 of the Copyright Act provides that "the court may also award a reasonable attorney's fee to the prevailing party as part of the costs."  Accordingly, Underwood is entitled to an award of attorney fees under section 512(f), and the Court has discretion to award attorney fees under section 505. *Imposter Pastor Movie, LLC v. Oliver*, 2025 WL 819117, at *8 (E.D.N.C. Mar. 14, 2025); *Samsonite IP Holdings S.ar.l. v. Shenzhen Liangyiyou E-Com. Co., Ltd.*, 2021 WL 9036273, at *7 (S.D.N.Y. Apr. 27, 2021), report and recommendation adopted, 2023 WL 8805645 (S.D.N.Y. Dec. 20, 2023); *Automattic Inc. v. Steiner*, 82 F. Supp. 3d 1011, 1032 (N.D. Cal. 2015).

The Supreme Court's decisions *Fogerty v. Fantasy, Inc.*, 510 U.S. 517, 534 (1994) and *Kirtsaeng v. John Wiley & Sons, Inc.*, 579 U.S. 197, 202-208 (2016) establish the five factors that a court should consider in deciding whether to award attorney fees: (1) the degree of success obtained, (2) frivolousness, (3) motivation, (4) reasonableness of losing party's legal and factual arguments, and (5) the need to advance considerations of compensation and deterrence, *Wall Data Inc. v. Los Angeles Cnty. Sheriff's Dept.*, 447 F.3d 769, 787 (9th Cir. 2006); according substantial weight to the reasonableness factor. *Shame On You Productions*, v. Banks, 893 F.3d 661, 666 (9th Cir. 2018), citing *Kirtsaeng*, 579 U.S. at 207-208.

All five factors favor an award of attorney fees here.  Underwood obtained complete success on his claims, including a referral to the Copyright Office which Underwood sought to ensure that his victory in this case could help protect others from abusive takedowns and demands for payment from Coallier.  Coallier's copyright claims were frivolous — Shakespeare is in the public domain; the theater company whose performances Underwood had recorded made no use of Coallier's :translations"

in mounting their performances, hence there could have been no copying; and Coallier's translations are so badly botched that it is inconceivable that a Shakespeare company would use his works as a script. Coallier made clear in his email exchanges with Underwood that he was trying to shake him down for a payment to be allowed to post his non-monetized recordings. Coallier had no basis for his infringement claims. And an award of attorney fees would put not only Coallier but other would be senders of baseless DMCA notices that there can be a serious financial penalty to be paid for trying to take advantage of the inattention of the staff of video platforms to secure takedowns that put financial pressure on non-profit broadcasters to pay a baseless tribute for the right to carry performances of public domain works.

The amount of fees and costs sought by this motion is well-supported by the affidavits and time records submitted by counsel, which justify their hourly rates and the reasonable number of hours they spent litigating this case. The total amounts incurred are set forth in the following table:

|  | Donaldson | Malone | Certified Students | Levy | Total |
|---|---|---|---|---|---|
| Hours | 16.8 | 9 | 69 | 16.7 | 111.7 |
| Rate | 590 | 864/933 | 125 | 864/933 |  |
| Fees | 9912 | 8259 | 11124.50 | 14801.40 | 44096.90 |
| Expenses | 1290.40 | 0 | 0 | 737 | 2027.40 |

In the exercise of billing judgment, however, and considering that the reason he pursued this case was to secure the equitable relief that protects him, and other Shakespeare enthusiasts, from being blocked from making recordings available, plaintiff asks that the Court award less than half of the amount of fees that would otherwise be justified by their time records, as outlined in the below table:

|  | Donaldson | Malone | Certified Students | Levy | Total |
|---|---|---|---|---|---|
| Fees | 4956.00 | 2064.74 | 5562.25 | $7400.70 | 19983.69 |
| Expenses | 1290.46 | 0 | 0 | 737.00 | 2027.46 |

## CONCLUSION

The motion for an award of $19,983.69 in attorney fees and $2027.46 costs should be granted.

DATED: August 25, 2025        By :    /s/ Corey A. Donaldson

COREY A. DONALDSON (SBN 280383)
cdonaldson@fcoplaw.com
FERGUSON CASE ORR PATERSON LLP
1050 South Kimball Road
Ventura, California 93004
Telephone: (805) 659-6800

PAUL ALAN LEVY
plevy@citizen.org
(*pro hac vice* application to be filed)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, D.C. 20009
Telephone: (202) 588-7725

PHILLIP R. MALONE (SBN 163969)
pmalone@stanford.edu
JUELSGAARD INTELLECTUAL PROPERTY AND INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305
Telephone: (650) 724-1900