UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Southern Division)

| | |
|---|---|
| JOHN UNDERWOOD, | Case No. 8:25-cv-00207-JVS-JDE |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ON MOTION FOR ATTORNEY FEES AND COSTS** |
| JULIEN COALLIER, | Judge: Hon. James V. Selna |
| Defendant. | Date: September 29, 2025 |
| | Time: 1:30pm |
| | Courtroom: 10C |

WHEREAS, the Court has considered the Motion for Attorney Fees and Costs and supporting memorandum filed by Plaintiff John Underwood, any opposition thereto, and the entire record in this matter, and pursuant to Fed. R. Civ. P. 54, it is HEREBY ORDERED, ADJUDGED and DECREED that:

1. The Court awards fees and costs against Defendant Julien Coallier, to Plaintiff John Underwood, in the amount of $19,983.69 in attorney fees and $2027.46 in costs.

2. Plaintiff shall file, following entry of this order, a proposed judgment.

**IT IS SO ORDERED.**

DATED: _____        _____

Hon. James V. Selna
United States District Judge