PAUL ALAN LEVY
plevy@citizen.org
(*pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, D.C. 20009
Telephone: (202) 588-7725

PHILLIP R. MALONE (SBN 163969)
pmalone@stanford.edu
JUELSGAARD INTELLECTUAL PROPERTY
AND INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305
Telephone: (650) 724-1900

COREY A. DONALDSON (SBN 280383)
cdonaldson@fcoplaw.com
FERGUSON CASE ORR PATERSON LLP
1050 South Kimball Road
Ventura, California 93004
Telephone: (805) 659-6800

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(Southern Division)**

| | |
|---|---|
| JOHN UNDERWOOD, | Case No. 8:25-cv-00207-JVS-JDE |
| Plaintiff, | **AFFIDAVIT OF COREY A.** |
| v. | **DONALDSON IN SUPPORT OF** |
| | **PLAINTIFF'S MOTION FOR** |
| JULIEN COALLIER, | **ATTORNEY FEES AND COSTS** |
| Defendant. | |

AFFIDAVIT OF COREY A. DONALDSON

1. My name is Corey A. Donaldson. I am co-counsel with Paul Levy and Phillip Malone for plaintiff John Underwood in this case. This affidavit is submitted in support of plaintiff's motion for an award of attorney fees and costs.

2. I met Mr. Levy when I was the lead associate for defendant My Other Bag, Inc. in *Louis Vuitton Malletier v. My Other Bag, Inc.*, 156 F. Supp. 3d 45 (S.D.N.Y. 2016); 674 Fed. Appx. 16 (2d Cir. 2016); cert. denied, 138 S. Ct. 221 (2017). I have worked with Mr. Levy either formally or informally on numerous cases since then, often when a party has a cause that would be supported by Public Citizen but does not qualify from a financial perspective.

**Background and Hourly Rate**

3. I graduated from Arizona State University in 2008 with a Bachelor of Science in Civil and Environmental Engineering, and also graduated from the University's Barrett Honors College. I graduated from the UCLA School of Law in 2011. I graduated from UCLA with a Master of Science in Engineering in Electronic Materials in 2017.

4. I am an active member of the State Bar of California and the United States Patent and Trademark Office. I have practiced before the Supreme Court of the United States, the Second Circuit Court of Appeal, and numerous district courts throughout the country. My practice focuses on patent and trademark litigation and prosecution.

5. From 2012 to 2016 I was an associate at Koppel Patrick Heybl & Philpott, an intellectual property boutique based in Westlake Village, CA. From 2017 to 2018 I was a partner at the same firm. In 2018, I joined Ferguson Orr Paterson LLP as a partner. Ferguson Case Orr Paterson LLP is an approximately 30 attorney firm with offices in Ventura, CA and Westlake Village, CA. I work from the firm's Westlake Village, CA office, which is on the border between Los Angeles and Ventura counties.

6. My firm and I agreed to work on this case on a pro bono basis with Messrs. Levy and Malone. Had we been charging for this case, my hourly rate would

have been $590/hour, which is my standard rate for 2025 and for cases that begin in late 2024 and extended into 2025.

7. I have generally found my hourly rate to be lower than the rates of my business competitors of similar experience and credentials, who primarily are from the greater Los Angeles area. By comparison, the mean 2022 billing rate according to the 2023 American Intellectual Property Law Associate Report of the Economic Survey for private firm equity partners of 10-14 years of experience nationwide was $527, and the 2025 rate for a lawyer with 13 years of experience according to the Fitzpatrick Matrix described by Mr. Levy (https://www.justice.gov/usao-dc/media/1395096/dl?inline) was $768.

**Hours and Costs Expended**

8. The application for fees for my services is based on my time records. I typically keep my time concurrently in my firm's practice management software.

9. Attached hereto as Exhibit 1 are my time records from working on this case through August 11, 2025. No fees are being sought for time spent seeking attorney fees. The hours and charges total 16.8 hours and $9,912.00, respectively. I am requesting that fees be granted for 8.4 hours and $4956, a reduction of 50%.

10. Attached hereto as Exhibit 2 are my firm's expense records from this case, which include the filing fee for the Central District of California and various mailing charges that were necessary for international service. The expenses total $1290.46.

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on August 25, 2025 in Westlake Village, CA:

By:    /s/ Corey A. Donaldson

AFFIDAVIT OF COREY A. DONALDSON

# EXHIBIT 1

# Activities Export

08/22/2025
10:06 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 10/22/2024 | 🕐 | Emails with P. Levy re potential representation • Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.20h | $590.00 | - | $118.00 |
| 10/23/2024 | 🕐 | Continued communications with P. Levy re potential representation and case • Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.20h | $590.00 | - | $118.00 |
| 12/17/2024 | 🕐 | Quick emails re filing plan; follow-ups transcripts and recordings • Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.20h | $590.00 | - | $118.00 |
| 01/09/2025 | 🕐 | Emails re complaint filing • Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.20h | $590.00 | - | $118.00 |
| 01/30/2025 | 🕐 | Emails with primary counsel re Underwood case • Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.80h | $590.00 | - | $472.00 |
| 02/03/2025 | 🕐 | Assist with complaint preparation and various communications throughout day re same; editing of complaint • Unbilled | JOHNU.002 Copyright | Corey Donaldson | 1.60h | $590.00 | - | $944.00 |
| 02/04/2025 | 🕐 | Final review, editing, filing, and reporting of complaint • Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.40h | $590.00 | - | $236.00 |
| 02/05/2025 | 🕐 | Review of court orders re magistrate assignment and PHV for P. Levy; emails with team re same; begin PHV prep • Unbilled | | | | | | |

16.80h   $0.00   $9,912.00
0.00h   16.80h

1/5

# Activities Export

08/22/2025
10:06 AM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 02/06/2025 | 🕐 | Work on PHV and service issues throughout day, including filing of PHV motion and proposed order ● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 1.00h | $590.00 | - | $590.00 |
| 02/09/2025 | 🕐 | Receive order from Court and work on pro hac issues ● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.30h | $590.00 | - | $177.00 |
| 02/10/2025 | 🕐 | Prepare and submit declination of consent ● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.20h | $590.00 | - | $118.00 |
| 02/11/2025 | 🕐 | Receive and review order re declination of consent ● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.10h | $590.00 | - | $59.00 |
| 02/11/2025 | 🕐 | Review notice of reassignment and emails re same ● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.10h | $590.00 | - | $59.00 |
| 03/01/2025 | 🕐 | Emails re service issues ● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.20h | $590.00 | - | $118.00 |
| 03/04/2025 | 🕐 | Work on service issues with litigation team ● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.20h | $590.00 | - | $118.00 |
| 03/06/2025 | 🕐 | Work on service issues with co-counsel ● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.40h | $590.00 | - | $236.00 |
| 03/12/2025 | 🕐 | Finalize and file request for foreign service and accompanying documents, and organize related ● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 1.30h | $590.00 | - | $767.00 |

| | | | | | 16.80h | | $0.00 0.00h | $9,912.00 16.80h |

2/5

# Activities Export

08/22/2025
10:06 AM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 03/13/2025 | 🕐 | court deliveries<br>● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.30h | $590.00 | - | $177.00 |
| 03/14/2025 | 🕐 | Work on foreign service issues including local rules and email to deputy<br>● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.60h | $590.00 | - | $354.00 |
| 03/17/2025 | 🕐 | Work on service issues<br>● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.20h | $590.00 | - | $118.00 |
| 03/18/2025 | 🕐 | Emails re service issues and LR 4-5<br>● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.20h | $590.00 | - | $118.00 |
| 03/24/2025 | 🕐 | Retrieve proof of delivery from Fedex; work on strategy for add'l notice to defendants and filing with court<br>● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.50h | $590.00 | - | $295.00 |
| 03/25/2025 | 🕐 | Emails with litigation team re service issues<br>● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.20h | $590.00 | - | $118.00 |
| 03/27/2025 | 🕐 | Emails re service, affidavit, pro se filing, etc.<br>● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.30h | $590.00 | - | $177.00 |
| 03/31/2025 | 🕐 | Work on proof of service affidavit and circulate same | JOHNU.002 Copyright | Corey Donaldson | 1.10h | $590.00 | - | $649.00 |
| | | | | | **16.80h** | | **$0.00**<br>0.00h | **$9,912.00**<br>16.80h |

# Activities Export

08/22/2025
10:06 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 04/01/2025 | 🕐 | Emails with co-counsel; finalize and file proof of service • Unbilled | JOHNU.002 Copyright | Corey Donaldson | 1.00h | $590.00 | - | $590.00 |
| 04/14/2025 | 🕐 | Quick emails with litigation team re case • Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.10h | $590.00 | - | $59.00 |
| 04/15/2025 | 🕐 | Quick emails with litigation team re case; research re motions for default and Judge Selna • Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.30h | $590.00 | - | $177.00 |
| 04/23/2025 | 🕐 | Quick email to litigation team • Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.10h | $590.00 | - | $59.00 |
| 04/29/2025 | 🕐 | Review of default motion materials and email litigation team re same • Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.40h | $590.00 | - | $236.00 |
| 05/02/2025 | 🕐 | Emails re default • Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.10h | $590.00 | - | $59.00 |
| 05/05/2025 | 🕐 | Emails re default filing • Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.10h | $590.00 | - | $59.00 |
| 05/06/2025 | 🕐 | Final review, filing, and service of default request • Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.80h | $590.00 | - | $472.00 |
| 05/07/2025 | 🕐 | Receive notices re default entry and emails re same with litigation | JOHNU.002 Copyright | Corey Donaldson | 0.20h | $590.00 | - | $118.00 |
| | | | | | **16.80h** | | **$0.00**<br>0.00h | **$9,912.00**<br>16.80h |

# Activities Export

08/22/2025
10:06 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/21/2025 | 🕐 | Email litigation team re status
● team
● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.10h | $590.00 | - | $59.00 |
| 05/22/2025 | 🕐 | Emails re entry of default
● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.20h | $590.00 | - | $118.00 |
| 05/27/2025 | 🕐 | Email litigation team re court email
● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.10h | $590.00 | - | $59.00 |
| 05/28/2025 | 🕐 | Review of court orders and discuss with litigation team
● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.40h | $590.00 | - | $236.00 |
| 06/04/2025 | 🕐 | Quick emails re default with litigation team
● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.10h | $590.00 | - | $59.00 |
| 07/11/2025 | 🕐 | Work on finalization of docs; emails with co-counsel; finalize and file same; follow-ups re same
● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 1.30h | $590.00 | - | $767.00 |
| 08/10/2025 | 🕐 | Check status of hearing
● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.10h | $590.00 | - | $59.00 |
| 08/11/2025 | 🕐 | Receive and review court order; emails with litigation team re same
● Unbilled | JOHNU.002 Copyright | Corey Donaldson | 0.40h | $590.00 | - | $236.00 |

16.80h                $0.00      $9,912.00
                     0.00h       16.80h

# EXHIBIT 2

# Activities Export

08/22/2025 10:06 AM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 02/04/2025 | ● Unbilled | California Central District Court - Probono case | JOHNU.002 Copyright | Corey Donaldson | 1.00 | $405.00 | - | $405.00 |
| 03/13/2025 | ● Unbilled | Commercial Process Serving, Inc. Inv. VN225391 - Request for foreign service | JOHNU.002 Copyright | Corey Donaldson | 1.00 | $197.70 | - | $197.70 |
| 03/18/2025 | ● Unbilled | Commercial Process Serving, Inc. Inv. VN225526 - Court Service WebOrder | JOHNU.002 Copyright | Corey Donaldson | 1.00 | $191.15 | - | $191.15 |
| 04/01/2025 | ● Unbilled | Commercial Process Serving Inc. Inv. 225878 - File Declaration | JOHNU.002 Copyright | Corey Donaldson | 1.00 | $160.95 | - | $160.95 |
| 04/23/2025 | ● Unbilled | FedEx mailing charges 3/18/25 - Recipient Julien Coallier | JOHNU.002 Copyright | Corey Donaldson | 1.00 | $182.94 | - | $182.94 |
| 04/29/2025 | ● Unbilled | FedEx mailing charges 4/1/25 - Recipient Julian Coallier | JOHNU.002 Copyright | Corey Donaldson | 1.00 | $121.82 | - | $121.82 |
| 05/12/2025 | ● Unbilled | (JOHNU.002) USPS - Mailing charge 5/6/25 | JOHNU.002 Copyright | Corey Donaldson | 1.00 | $30.90 | - | $30.90 |
|  |  |  |  |  |  |  | $0.00 0.00h | $1,290.46 0.00h |