PAUL ALAN LEVY
plevy@citizen.org
(pro hac vice)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, D.C. 20009
Telephone: (202) 588-7725

PHILLIP R. MALONE (SBN 163969)
pmalone@law.stanford.edu
JUELSGAARD INTELLECTUAL PROPERTY
AND INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650) 725-6369

COREY A. DONALDSON (SBN 280383)
cdonaldson@fcoplaw.com
FERGUSON CASE ORR PATERSON LLP
1050 South Kimball Road
Ventura, California 93004
Telephone: (805) 659-6800

Attorneys for Plaintiff John Underwood

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Southern Division

| | |
|---|---|
| JOHN UNDERWOOD,<br><br>       Plaintiff,<br><br>    v.<br><br>JULIEN COALLIER,<br><br>       Defendant. | Case No. 8:25-cv-00207-JVS-JDE<br><br>AFFIDAVIT OF PHILLIP R. MALONE IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS<br><br>Hearing Date: September 29, 2025<br>Hearing Time:  1:30 pm<br>Courtroom:  10C<br>Judge: Honorable James V. Selna |

1.    My name is Phillip Malone.  I am co-counsel, with Paul Levy and Corey Donaldson, for plaintiff John Underwood in this case.  This affidavit is submitted in support of plaintiff's motion for an award of attorney fees and costs.

**Background and Hourly Rate**

2.    I graduated in 1984 from the University of Arizona College of Law and in 1981 from Harvard College.

3.    I am an active member of the State Bars of California and Massachusetts and an inactive member of the State Bar of Arizona.  I am admitted to practice before the Supreme Court of the United States; the United States Courts of Appeals for the First, Second, Third, Fourth, Seventh, Ninth, Tenth, Eleventh, DC, and Federal Circuits; and the United States District Courts for the Central, Northern, and Eastern Districts of California; the District of DC; the Southern District of New York, the Western and Middle Districts of Tennessee, and the District of Colorado.

4.    From September, 1984 until July, 2004, I was employed as a trial attorney and then senior trial attorney with the Antitrust Division of the United States Department of Justice.  From July, 2004 until June, 2013, I was a lecturer on law and then clinical professor of law, and director of the Cyberlaw Clinic, at Harvard Law School. Since July, 2013, I have been a professor of law at Stanford Law School and director of the law school's Juelsgaard Intellectual Property and Innovation Clinic, part of the Stanford Law School Mills Legal Clinic. Since August 15, 2025, I also have been the Director of the Mills Legal Clinic and Associate Dean of Clinical Education at Stanford Law School.

5.    During my years in the Justice Department, I directed numerous civil and criminal investigations, litigated numerous civil and criminal cases, and tried a number of major antitrust trials. Beginning in 1996, I was lead counsel in the DOJ's investigations of Microsoft and was the lead career counsel in the trial of *U.S. v. Microsoft Corp* (D.D.C.). Before leaving the Justice Department I was one of the lead

lawyers in the government's antitrust case and trial against Oracle, *United States v. Oracle Corp.* (N.D.Cal.).

6.    In addition to representing clients and handling cases with my students in my Harvard and Stanford clinics, I have taught law school courses in intellectual property and cyberlaw litigation; cybercrime; and antitrust, technology and innovation. I have spoken throughout the United States and around the world at numerous academic and bar conferences on a variety of litigation, intellectual property, and antitrust topics.

7.    My work as a professor and clinic director at Harvard and Stanford has included working with students on litigation matters in state and federal courts; submitting numerous amicus curiae briefs on behalf of clients to the U.S. Supreme Court (over 25 Supreme Court amicus briefs in the last ten years), federal courts of appeals, federal district courts, and the California Supreme Court; submitting comments to the US Copyright Office, US Patent Office, US FDA, and various other agencies; and counseling clients on copyright and other legal matters.

8.    Most of the legal work done in my Juelsgaard Clinic is carried out by Stanford Law School students who are designated as Certified Law Students by the State Bar of California and who work under my careful supervision. In this case, a portion of the substantial legal tasks performed by defendant's counsel were completed by four Juelsgaard Clinic Certified Law Students, Selina Li, Isabella Yang, Jennifer Lee, and Yingtong Guo, who bore significant responsibility for much of the research and drafting of the pleadings filed in this case during their clinic enrollments in the winter 2025 quarter (Ms. Li and Ms. Yang) and the spring 2025 quarter (Ms. Lee and Ms. Guo). If this work had not been completed by students, it would have been completed by me, Mr. Levy, or Mr. Donaldson at much higher hourly rates, in addition to the work the three of us did complete directly.

AFFIDAVIT OF PHILLIP R. MALONE                                    8:25-CV-00207-JVS-JDE

9.      The Juelsgaard Clinic acts as a public-interest law firm and (like all the Stanford Mills Legal Clinic clinics) generally does not bill clients for our services. However, we are able to seek court-awarded attorney fees at the full hourly rates set by the market for the relevant community (as the Supreme Court has allowed non-profits to do, in cases such as *Blum v. Stenson*, 465 U.S. 886 (1984)).  The Juelsgaard Clinic and other clinics in the Mills Legal Clinic periodically seek fees in the cases they litigate.

10.      According to the Fitzpatrick Matrix, described in my co-counsel Paul Levy's attorney fees affidavit in this case, the reasonable hourly rate for lawyers with more than thirty-five years of experience would be $864 for time spent in 2024 and $933 for time spent in 2025.

**Hours Expended**

11.      The application for fees for my services is based on my time records, as well as upon the case file.  I regularly record my time records for cases such as this where fees might become an issue as handwritten notes in a file in my office which I transfer to an Excel table. I attach as Exhibit 1 a listing of the nine hours that I have recorded on this case from October, 2024 through July, 2025, for a total fee amount of $8259.00. All of those hours were spent working on the merits of the litigation and the default judgment; none were spent on this motion for attorney fees and costs. I have then reduced those hours spent by 75% and am seeking only $2064.75.

12.      The four Certified Law Students each worked considerable hours on this case. I have reviewed their time reports and exercised billing judgment by significantly reducing the time reported in some of their time entries to a bare minimum that reflects essential, core litigation work. In particular, my calculation of their hours does not include any hours associated with educational (background, classroom, mentoring, debriefing, reflection, etc.) time they or I recorded or any

4

internal case meetings or discussions we had that did not involve co-counsel. Instead, I have included only the minimum amount of their actual, case-work specific hours. Through this careful review, I have calculated that the students completed the following hours on this case for which a request for attorney fees would be appropriate:

        Selina Li:      32.5 hours

        Isabella Yang:  21 hours

        Jennifer Lee:   22.25 hours

        Yingtong Guo: 13.25 hours

In my discretion, I have further reduced the core litigation task hours the students worked by 50% to ensure that this request is reasonable.

13. The reasonable hourly rate for law clerks (such as the Juelsgaard Clinic students who worked on this case) would be $125 per hour. That is the rate that clinics in the Mills Legal Clinic typically use for Certified Law Student time when seeking fees in other cases.

14. The four Juelsgaard Clinic Certified Law Students who worked on this case recorded their hours on a regular basis using the Clinic's Clio case/time management software program. I attach as Exhibit 2 a reformatted report from Clio of my significantly reduced selections from their time records listing the total 69 hours they spent working on this case. Reduced by an additional 50%, the fee request for their combined work is for a total amount of $5562.25.

15. My reduced, requested fees combined with the students total $7626.99. I attach Exhibit 3 showing our combined total hours and fees.

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on August 23, 2025

___/s/ Phillip R. Malone___

# EXHIBIT 1

**Phil Malone -- 2024 & 2025**

| DATE | DESCRIPTION OF WORK | HOURS | RATE/HR | TOTAL |
|------|---------------------|-------|---------|-------|
| 7/7/2025 | Edited and finalized for filing application for default judgment, CDonaldson's declaration in support, and proposed order/judgment | 1.5 | $933.00 | $1,399.50 |
| 5/8/2025 | Reviewed and edited students' drafts of declaration of CDonaldson and application for default judgment | 1 | $933.00 | $933.00 |
| 3/13/2025 | Reviewed and edited student draft of proposed order grating service request | 0.75 | $933.00 | $699.75 |
| 2/27/2025 | Reviewed and edited student draft of declaration in support of request for mail service | 0.5 | $933.00 | $466.50 |
| 2/16/2025 | Reviewed and approved students' draft of application for default judgment, Corey's declaration in support, and a proposed order/judgment | 1.75 | $933.00 | $1,632.75 |
| 1/20/2025 | Reviewed and edited students' draft of complaint | 1.5 | $933.00 | $1,399.50 |
| 10/24/2024 | Edited comments on initial draft of complaint and sent to Plevy | 2 | $864.00 | $1,728.00 |
| | **Total for Phillip Malone** | **9** | | **$8,259.00** |

# EXHIBIT 2

**Yingtong Guo -- Spring Quarter, 2025**

| DATE | DESCRIPTION OF WORK | HOURS | RATE/HR | TOTAL |
|------|---------------------|-------|---------|-------|
| 5/8/2025 | Drafting Declaration and application for default judgment and WayBack Machine research | 2 | $125.00 | $250.00 |
| 5/7/2025 | Drafting Declaration and application for default judgmen | 1.5 | $125.00 | $187.50 |
| 5/7/2025 | Drafting Declaration and application for default judgment and WayBack Machine research | 0.75 | $125.00 | $93.75 |
| 4/22/2025 | Drafting request for entry of default | 1 | $125.00 | $125.00 |
| 4/22/2025 | Editing default research memo, finalizing all documents/ attachments | 2 | $125.00 | $250.00 |
| 4/17/2025 | Drafting memo on default/default judgment | 4 | $125.00 | $500.00 |
| 4/15/2025 | Research on default/default judgment in CD Cal and 9th Circuit | 2 | $125.00 | $250.00 |
| | Total for Yingtong Guo | 13.25 | | $1,656.25 |

**Jennifer Lee -- Spring Quarter, 2025**

| DATE | DESCRIPTION OF WORK | HOURS | RATE/HR | TOTAL |
|---|---|---|---|---|
| 6/5/2025 | Finalized proposed order | 0.25 | $125.00 | $31.25 |
| 6/4/2025 | Drafted proposed order + revised declaration and draft application for default judgment | 3 | $125.00 | $375.00 |
| 6/3/2025 | Drafing memorandum of law. Revised draft declaration and draft application for default judgment. Worked with legal assistant Mroberts to mail out notice of the order and entry of default to Coallier via USPS international mail | 4 | $125.00 | $500.00 |
| 5/30/2025 | Began drafting memorandum of law in support of default judgment | 2 | $125.00 | $250.00 |
| 5/8/2025 | Finished drafting declaration of Corey Donaldson and application for default judgment | 2 | $125.00 | $250.00 |
| 5/7/2025 | Drafting declaration and application for default judgment. Started preparing screenshot of website from Wayback Machine | 2 | $125.00 | $250.00 |
| 4/25/2025 | Editing draft request for entry of default -- Plevy's comments | 0.5 | $125.00 | $62.50 |
| 4/21/2025 | Began drafting the request for entry of default | 1 | $125.00 | $125.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/18/2025 | Researching outstanding default questions (methods of serving entry of default, standards for granting default, memorandum of law requirement) | 3.5 | $125.00 | $437.50 |
| 4/17/2025 | Researched timing questions around requesting entry of default. Finished & submitted default judgment process memo. Began structuring formatting for submitting request for entry of default | 2.5 | $125.00 | $312.50 |
| 4/16/2025 | Drafted part 1 and began drafting part 2 of the two-step process for seeking default judgment | 1.5 | $125.00 | $187.50 |
| | Total for Jennifer Lee | 22.25 | | $2,781.25 |

Selina Li -- Winter Quarter, 2025

| DATE | DESCRIPTION OF WORK | HOURS | RATE | TOTAL |
|------|---------------------|-------|------|-------|
| 2/18/25 | Compiled document with summary of service methods and recommendations | 2 | $125.00 | $250.00 |
| 2/7/25 | Finalizing request for waiver of service documents for J. Coallier, filling out forms, printing documents, and preparing for mailing with A. Villanueva. | 1.5 | $125.00 | $187.50 |
| 2/4/25 | Re-edited filing forms based on feedback from C. Donaldson. Incorporated jury demand into complaint. | 2.5 | $125.00 | $312.50 |
| 2/3/25 | Completed forms necessary for filing (civil cover sheet, request for summons, and notice of interested parties). Incorporate final suggestions from P. Levy on complaint | 3 | $125.00 | $375.00 |
| 1/30/25 | Formatted complaint and exhibits to ensure compliance with CD Cal filing rules, implemented last minute changes from P. Levy and C. Donaldson, conducted final review of complaint | 6.5 | $125.00 | $812.50 |
| 1/27/25 | Formatted Shakespeare brief according to local rules and responded to P. Levy's comments | 4 | $125.00 | $500.00 |
| 1/17/25 | Reviewed party communications and began editing draft | 5 | $125.00 | $625.00 |
| 1/16/25 | Compared deposit copy with opensource versions of Shakespeare texts and researched 512(f) case law | 4.5 | $125.00 | $562.50 |
| 1/14/25 | Researched case law about 512(f) decisions and claim elements | 3.5 | $125.00 | $437.50 |
| **Total for Selina Li** | | 32.5 | | $4,062.50 |

**Isabella Yang -- Winter Quarter, 2025**

| DATE | DESCRIPTION OF WORK | HOURS | RATE/HR | TOTAL |
|---|---|---|---|---|
| 3/12/2025 | Drafted proposed order grating service request and read relevant local rules on proposed order filing | 0.5 | $125.00 | $62.50 |
| 3/11/2025 | Proofread and sent final requet, declaration and exhibits to PLevy and Cdonaldson | 0.25 | $125.00 | $31.25 |
| 3/10/2025 | Revised service request and declaration according to Paul Levy comments | 2 | $125.00 | $250.00 |
| 3/5/2025 | Edited drafted request for foreign mail service by clerk and declaration in support of the request; compiled exhibits of declaration in support of the request; | 2 | $125.00 | $250.00 |
| 2/26/2025 | Drafted declaration in support of request for mail service; edited service research summary | 3 | $125.00 | $375.00 |
| 2/17/2025 | Research Rule 4 service to foreign parties | 3 | $125.00 | $375.00 |
| 2/11/2025 | Canadian/Hague service process research; checked proof of service samples on Pacer and checked Canadian process servers websites | 2.5 | $125.00 | $312.50 |
| 1/27/2025 | Reviewed CDCal Filing formatting based on caselaw dockets, create exhibits | 1.5 | $125.00 | $187.50 |
| 1/24/2025 | Reviewed and edited complaint based on comments from PLevy. | 1.5 | $125.00 | $187.50 |
| 1/22/2025 | Worked on complaint draft and addressing PMalone's comments | 2 | $125.00 | $250.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/17/2025 | Compared Allswell that Ends well video from Shakespeare by the sea with the published "copyrighted" version sample (26 pages) by Julien Coallier on Overdrive website. compiled the difference in a word document. | 1.25 | $125.00 | $156.25 |
| 1/13/2025 | Conducted legal research on 9th circuit caselaw on 512(f) pleading standard, 512(f) damages required, personal jurisdiction, subject matter jurisdiction for declaratory judgment on copyright infringement and 512(f) | 1.5 | $125.00 | $187.50 |
| **Total for Isabella Yang** | | 21 | | $2,625.00 |

# EXHIBIT 3

# JUELSGAARD CLINIC

| ATTORNEY | TOTAL HOURS | FEE AMOUNT | TOTAL FEES REQUESTED |
|---|---|---|---|
| Phillip Malone | 9 | $8259.00 | $2064.75  (25%) |
| Yingtong Guo (Certified Law Student) | 13.25 | $1656.25 | $828.12 (50%) |
| Jennifer Lee (Certified Law Student) | 22.25 | $2781.25 | $ 1390.62 (50%) |
| Selina Li (Certified Law Student) | 32.5 | $4062.00 | $ 2031.00 (50%) |
| Isabella Yang (Certified Law Student) | 21 | $2625 | $ 1312.50 (50%) |
| **TOTAL FEES REQUESTED** | | | **$7626.99** |