**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**(Southern Division)**

| | | |
|---|---|---|
| JOHN UNDERWOOD, | ) | **Case No. 8:25-cv-00207-JVS-JDE** |
| Plaintiff, | ) | |
| v. | ) | **FINAL JUDGMENT AND PERMANENT INJUNCTION** |
| | ) | |
| JULIEN COALLIER, | ) | Judge: Hon. James V. Selna |
| | ) | Courtroom: 10C |
| Defendant. | ) | |

      Plaintiff John Underwood filed the complaint (Dkt. No. 1) in this action on February 4, 2025 asserting claims for (1) declaratory relief and (2) misrepresentation under 17 U.S.C. § 512(f). A summons and a copy of the complaint were served on Defendant Julien Coallier on March 21, 2025. On August 11, 2025, Plaintiff prevailed in this lawsuit by default judgment—conditioned on Plaintiff's provision of a supplemental declaration with evidence of attorneys' fees and costs. (Dkt. No. 30.) At no point has Defendant made an appearance before this Court.

      On August 25, 2025, Plaintiff filed a Motion for Attorney Fees and Costs (Dkt. No. 32), which this Court granted on September 25, 2025 (Dkt. No. 33).

      This Court has considered the entire record in this matter, and pursuant to Fed. R. Civ. P. 54,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That Plaintiff John Underwood is awarded attorneys' fees against Defendant Julien Coallier in the amount of $19,983.69 and costs in the amount of $2027.46, plus post-judgment interest. Post-judgment interest shall be calculated by using the Treasury Bill rate prevailing on the date of the entry of this Final Judgment pursuant to 28 U.S.C. § 1961.
2. That Plaintiff John Underwood's posting of recordings of Shakespeare by the Sea performances to Underwood's YouTube channel did not and do not infringe any valid copyright owned by Defendant Julien Coallier.
3. That Defendant Julien Coallier is permanently restrained, enjoined, and prohibited from directly or indirectly:
    a. asserting or threatening to assert any claims of copyright against any person or entity in the United States based on Defendant's purported ownership of copyright in any works based on the works of William Shakespeare; and

      b. submitting any DMCA takedown notices pursuant to 17 U.S.C. § 512(c), based on Defendant's purported ownership of copyright in any works based on the works of William Shakespeare.

4. That, pursuant to 17 U.S.C. § 411(b)(2), the Court refers this matter to the Register of Copyrights to advise the Court whether the inaccurate information, if known, would have caused the Register of Copyrights to refuse registration of the work titled *Shakespeare Translated from poem formation to play formation* and accorded Copyright Registration Number TXu 1-826-253. This request shall be sent to the General Counsel of the Copyright Office via email to 411filings@copyright.gov.

**IT IS SO ORDERED.**

DATED : October 03, 2025

                                            Hon. James V. Selna
                                            United States District Judge